# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO. _____

SHANE TIFFANY,

    Plaintiff,

v.

USAA SAVINGS BANK,
EQUIFAX INFORMATION
SERVICES LLC and EXPERIAN
INFORMATION SOLUTIONS, INC.

    Defendants.
_____/

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## NOTICE OF REMOVAL

COMES NOW, Equifax Information Services LLC ("Equifax"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court as follows:

### A.  PROCEDURAL BACKGROUND

1. On April 17, 2024, Plaintiff Shane Tiffany ("Plaintiff") filed his Complaint ("Complaint") in this action in the County Court of the Eighteenth Judicial Circuit in and for Brevard, Florida, Case No. 05-2024-CC-020527-XXCC-BC ("State Court Action"). Plaintiff alleges violations of the Fair Credit Reporting

Act ("FCRA"), 15 U.S.C. § 1681, *et seq*., against Defendants.

2. Equifax was served with Plaintiff's Summons and Complaint on April 24, 2024. A copy of the State Court Complaint is attached hereto as **Exhibit A**. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

B. **GROUNDS FOR REMOVAL**

3. The present suit is an action over which the United States District Court for the Middle District of Florida, Orlando Division, has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States. This civil action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.

C. **COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Middle District of Florida, Orlando Division, because it is in the district and division embracing the place where the state court action is pending.

5.  In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Equifax are attached hereto as **Exhibit B**.

6.  Defendant USAA Savings Bank's Notice of Consent to Removal is attached hereto as **Exhibit C**.

7.  Defendant Experian Information Solutions, Inc.'s Notice of Consent to Removal is attached hereto as **Exhibit D**.

8.  Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the County Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Equifax respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

010-9430-0017/1/AMERICAS

Dated:  May 13, 2024

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile:  (305) 577-7001
Email: jason.joffe@squirepb.com

*Counsel for Defendant Equifax Information Services LLC*

- 4 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing document has been filed via the CM/ECF filing system this May 13, 2024, which will serve an electronic Notice of Filing to all registered users. I further certify that a copy of the foregoing document was provided to Plaintiff's counsel via email transmission:

Thomas Bellinder, Esq.
Law Office of Robert S. Gitmeid & Associates PLLC
180 Maiden Lane, 27th Floor
New York NY 10038
Email:  Thomas.b@gitmeidlaw.com
*Counsel for Plaintiff*

Ryan C. Reinert
Bridget Dennis
Shutts & Bowen, LLP
4301 W Boy Scout Blvd Ste 300
Tampa, FL 33607-5716
Email:  rreinert@shutts.com
Email:  bdennis@shutts.com
*Counsel for USAA Savings Bank*

Maria H. Ruiz
Kasowitz Benson Torres, LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Email:  mruiz@kasowitz.com
*Counsel for Experian Information Solutions, Inc.*

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe

- 5 -