# EXHIBIT A

IN THE COUNTY COURT OF THE
18TH JUDICIAL CIRCUIT, IN AND
FOR BREVARD COUNTY,
FLORIDA

GEN. JURISDICTION DIV.

CASE NO: 05-2024-CC-020527-
XXCC-BC

SHANE TIFFANY,

          Plaintiff,

v.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC AND
EXPERIAN INFORMATION SOLUTIONS
INC.,

          Defendants.

_____/

## AMENDED COMPLAINT

Plaintiff, Shane Tiffany (hereinafter "Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants USAA Savings Bank ("USAA Savings"), Experian Information Solutions, Inc., ("Experian") and Equifax Information Services, LLC ("Equifax") alleges as follows:

## INTRODUCTION

1. This is an action for damages which exceed the sum of Eight Thousand One Dollars ($8,001.00) brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers of credit information from falsely and inaccurately reporting consumers' credit information to credit reporting agencies.

## PARTIES

2. Plaintiff, Shane Tiffany, is an adult citizen of Florida.

1

3.   Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4.   Defendant USAA Savings was and is at all relevant times herein, a business entity organized and existing under and by virtue of the National Banking Laws of the United States and does business throughout the country and in the State of Florida. USAA Savings is a "furnisher" of consumer credit information as that term is used in Section 1681s-2 of the FCRA.

5.   Defendant Experian is a corporation that engages in the business of maintain and reporting consumer credit information. Experian is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

6.   Experian is qualified to do business in the State of Florida and regularly conducts business in Brevard County, Florida. Experian is one of the largest CRA's in the world.

7.   Defendant Equifax is a limited liability company that engages in the business of maintain and reporting consumer credit information. Equifax is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

8.   Equifax is qualified to do business in the State of Florida and regularly conducts business in Brevard County, Florida. Equifax is one of the largest CRA's in the world.

**<u>JURISDICTION AND VENUE</u>**

9.   This Honorable Court has jurisdiction and venue over the parties and this cause of action.  This civil action arises out of the acts or omissions of the Defendants committed in whole or in part in Brevard County in the State of Florida against individuals doing business in Brevard County, Florida.

10. This Court has personal jurisdiction over all the Defendants in the instant suit who reside or may be found in the State of Florida, or who are doing business in the State of Florida.  Additionally, the allegations which caused or contributed to the subject incident occurred within the confines of Brevard County, Florida.

11. Venue is properly established before this Court pursuant to § 47.011, Fla. Stat. (2005), because the present action has been instituted in the county where the defendant resides, where the cause of action accrued, or where the property in litigation is located.

## FACTUAL ALLEGATIONS

12. Defendant USAA Savings issued a credit account ending in ██ to Plaintiff. The account was routinely reported on Plaintiff's consumer credit reports.

13. The consumer reports at issue are a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

14. On or about June 10, 2019, Plaintiff and Radius Global Solutions, LLC, on behalf of USAA Savings entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached hereto as Exhibit A.

3

15. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $7,880.90 to settle and close his USAA Savings credit account.

16. Plaintiff, via his debt settlement representative timely made the requisite settlement payments. A paid in full letter is attached hereto as <u>Exhibit B</u>.

17. However, over three and a half years later, Plaintiff's USAA Savings account continued to be negatively reported.

18. In particular, on a requested credit report dated December 28, 2023, Plaintiff's USAA Savings account was reported with a status of "Charge Off," a balance of $9,632.00 and a past due balance of $9,632.00. The relevant portion of Plaintiff's credit report is attached hereto as <u>Exhibit C.</u>

19. This tradeline was inaccurately reported. As evidenced by the settlement agreement and proofs of payments, the account was settled for less than full balance and must be reported as settled with a balance of $0.00.

20. On or about January 16, 2024, Plaintiff, via his attorney at the time, notified Experian and Equifax directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's USAA Savings account. A redacted copy of this letter and the certified mail receipts are attached hereto as <u>Exhibit D</u>.

21. Therefore, Plaintiff disputed the accuracy of the derogatory information reported by USAA Savings to Experian and Equifax via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

22. In February of 2024 Plaintiff requested updated credit reports for review. The tradeline for Plaintiff's USAA Savings account remained inaccurate, as

Defendants failed to correct the inaccuracy. The relevant portion of the February 2024 credit report is attached hereto as Exhibit D.

23. Experian and Equifax did not notify USAA Savings of the dispute by Plaintiff in accordance with the FCRA, or alternatively, did notify USAA Savings, and USAA Savings failed to properly investigate and delete the tradeline or properly update the tradeline on Plaintiff's credit reports.

24. If USAA Savings had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's USAA Savings account would have been updated to reflect a "settled" status with a balance of $0.00.

25. Despite the fact that USAA Savings has promised through its subscriber agreements or contracts to accurately update accounts, USAA Savings has nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement as well as the requirements set forth under the FCRA, which has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

26. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit reports, concerning the account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began with Experian and Equifax.

27. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of their

5

employment, and under the direct supervision and control of the Defendants herein.

28. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## **CLAIM FOR RELIEF**

29. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

30. Experian and Equifax are "consumer reporting agencies," as codified at 15 U.S.C. § 1681a(f).

31. USAA Savings is an entity who, regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

32. USAA Savings is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

33. Plaintiff notified Defendants directly of a dispute on the account's completeness and/or accuracy, as reported.

34. USAA Savings failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the credit bureau within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

35. USAA Savings failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

36. Experian and Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes.

37. Experian and Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the account in question, violating 15 U.S.C. § 1681e(b).

38. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, rejection of credit card application, higher interest rates on loan offers that would otherwise be affordable and other damages that may be ascertained at a later date.

39. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorney's fees and costs.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

3. That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o; and

4. That the Court grant such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to FL. R. Civ. P. 1.430, Plaintiff demands trial by jury in this action of all issues so triable.

Dated: April 17, 2024

Respectfully Submitted,

**Law Office of Robert S. Gitmeid & Associates, PLLC**

Thomas Bellinder, Esq. (Florida Bar No. 65254)
180 Maiden Lane, 27th Floor
New York, NY 10038
Tel: (212) 226-5081
Email: Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff Shane Tiffany*

# EXHIBIT A



**RADIUS GLOBAL SOLUTIONS, LLC**
Physical Address
7831 Glenroy Road, Suite 250
Edina, MN 55439

<u>Correspondence/Payment Address</u>
PO Box 390846
Minneapolis, MN 55439
1-888-287-5711

General Business Hours M-F  8 a.m. –  5 p.m CT

JUN 10 2019



Radius Reference #: F28198804
Original Account#**********
Creditor: USAA Savings Bank

Balance:$17513.12 Settlement: $7880.90

RE: SHANE TIFFANY

Dear NDR ,

Our office has received notification of your representation of SHANE TIFFANY.
Accordingly, all communications regarding this account will be directed to your
attention unless we determine that you no longer represent SHANE TIFFANY.

This letter confirms the settlement amount on the above referenced account. The
completion of the scheduled payment or payments below will constitute payment of the
settlement.
11 payments of $25.00 on the last day of each month starting 6/30/19
1 payment of $7605.90 due by 5/31/20
The payment or payments must be received by the due date(s) listed above. If your client
skips a payment or is late on a payment, we reserve the right to treat their breach of
this agreement as a cancellation of the settlement arrangement and we are not obligated
to renew the settlement agreement. Upon full completion of the payment schedule, we will
issue your client a settlement letter stating the account is satisfied and has been closed
in our office.
Please contact the representative below with any questions.

Sincerely,

BEN SMABY

---

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is sent to you by Radius Global Solutions LLC, a debt collector and a
member of ACA international

# EXHIBIT B



P.O. Box 390846
Minneapolis, MN 55439
Mail Code USAA

Radius Reference Number: 005-F28198804
Balance: $0.00
RE: Shane Tiffany



Radius Global Solutions
P.O. Box 390846
Minneapolis, MN 55439

Customer Service: 866-648-4511

June 04, 2020
Radius Reference Number: 005-F28198804
Account #: ************
RE: Shane Tiffany

OFFICE HOURS:  MON - FRI: 8AM - 5PM CENTRAL TIME
Creditor: USAA Savings Bank

Dear Ndr,

This letter is to inform you that the account with the above reference creditor has been resolved. Please retain this copy for your client's permanent records.

**The herein release is contingent on the clearance of any non-certified funds and no charge backs on any debit/credit card payments made. If funds do not clear or there are charge backs, this release will be null and void.***

Thank you,

Radius Global Solutions

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.
This communication is sent to you by Radius Global Solutions LLC, a debt collector.
Calls to or from this company may be monitored or recorded.
Our physical address is: 7831 Glenroy Rd. Suite 250 Minneapolis, MN 55439.



# EXHIBIT C

## Credit report



Report date: Dec 28, 2023

### Personal info

| Reported names | Shane A Tiffany | Addresses | Date reported |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |



### Account summary



### Accounts



USAA SAVINGS BANK                                        $9,632.00
Reported: Dec 22, 2023                                      Closed

### Overview

You're currently using 58% of your account's limit.

Balance: $9,632.00          Credit limit: $16,500.00

### Account details

Account Number                                          ⬛⬛⬛⬛694

Account Status                                          Charge Off

Amount Past Due                                          $9,632.00

# EXHIBIT D



## LAW OFFICES OF
## ROBERT S. GITMEID & ASSOC., PLLC

January 16, 2024

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 4500
Allen, TX 75013

| | |
|---|---|
| Re: | Shane Tiffany |
| Creditor: | USAA Savings Bank |
| Account No.: | Ending in 1694 |



Dear Sir and/or Madam,

  Please be advised that the office was retained to represent Shane Tiffany with respect to his claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

  On or about June 10, 2019, Mr. Tiffany, and Radius Global Solutions, LLC, on behalf of USAA Savings Bank ("USAA") entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Tiffany was required to make monthly payments totaling $7,880.90 to settle and close his USAA account. Mr. Tiffany, via his debt settlement representative, timely made the requisite settlement payments. A paid in full letter is attached herein for your review.

  However, over three and a half years later, Mr. Tiffany's account continues to be negatively reported. In particular, on a requested credit report dated December 28, 2023, Mr. Tiffany's account was reported with a status of "Charge Off", a balance of $9,632.00, and a past due balance of $9,632.00. The relevant portion of Mr. Tiffany's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

  Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

  Thank you for your prompt attention to the important matter.

Very truly yours,

Allayah Chirinos
Paralegal
Law Offices of Robert S. Gitmeid
& Associates, PLLC.
Allayah.c@gitmeidlaw.com
(866) 249 1137

Tel (866) 249-1137  30 Wall Street, 8th Floor #741, New York, NY 10005  Fax (877) 366-4747
www.GitmeidLaw.com



**RADIUS GLOBAL SOLUTIONS, LLC**
Physical Address
7831 Glenroy Road, Suite 250
Edina, MN 55439

Correspondence/Payment Address
PO Box 390846
Minneapolis, MN 55439
1-888-287-5711

General Business Hours M-F 8 a.m. – 5 p.m CT

JUN 10 2019



Radius Reference #: F28198804
Original Account#**********
Creditor: USAA Savings Bank

Balance:$17513.12 Settlement: $7880.90

RE: SHANE TIFFANY

Dear NDR ,

Our office has received notification of your representation of SHANE TIFFANY.
Accordingly, all communications regarding this account will be directed to your
attention unless we determine that you no longer represent SHANE TIFFANY.

This letter confirms the settlement amount on the above referenced account. The
completion of the scheduled payment or payments below will constitute payment of the
settlement.
11 payments of $25.00 on the last day of each month starting 6/30/19
1 payment of $7605.90 due by 5/31/20
The payment or payments must be received by the due date(s) listed above. If your client
skips a payment or is late on a payment, we reserve the right to treat their breach of
this agreement as a cancellation of the settlement arrangement and we are not obligated
to renew the settlement agreement. Upon full completion of the payment schedule, we will
issue your client a settlement letter stating the account is satisfied and has been closed
in our office.
Please contact the representative below with any questions.

Sincerely,

BEN SMABY

---

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is sent to you by Radius Global Solutions LLC, a debt collector and a
member of ACA international

P.O. Box 390846
Minneapolis, MN 55439
Mail Code USAA



Radius Reference Number: 005-F28198804
Balance: $0.00
RE: Shane Tiffany



Radius Global Solutions
P.O. Box 390846
Minneapolis, MN 55439

Customer Service: 866-648-4511

June 04, 2020
Radius Reference Number: 005-F28198804
Account #: ***********
RE: Shane Tiffany

OFFICE HOURS:  MON - FRI: 8AM - 5PM CENTRAL TIME
Creditor: USAA Savings Bank

Dear Ndr,

This letter is to inform you that the account with the above reference creditor has been resolved. Please retain this copy for your client's permanent records.

**The herein release is contingent on the clearance of any non-certified funds and no charge backs on any debit/credit card payments made. If funds do not clear or there are charge backs, this release will be null and void.***

Thank you,

Radius Global Solutions

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.
This communication is sent to you by Radius Global Solutions LLC, a debt collector.
Calls to or from this company may be monitored or recorded.
Our physical address is: 7831 Glenroy Rd. Suite 250 Minneapolis, MN 55439.



# Credit report

Provided by EQUIFAX

Report date: Dec 28, 2023



## Personal info

| Reported names | Shane A Tiffany | Addresses | Date reported |
|---|---|---|---|
| DOB | ▉ | | |
| SSN | ▉ | | |
| Employment info | ▉ | | |

## Account summary

## Accounts

USAA SAVINGS BANK                                                    $9,632.00
Reported: Dec 22, 2023                                                 Closed

Overview                                    Account details

You're currently using 58% of your account's limit.    Account Number                        ████████694

Balance: $9,632.00          Credit limit: $16,500.00    Account Status                         Charge Off

Amount Past Due                          $9,632.00

# EXHIBITE

## Credit report



| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| VantageScore 3.0 | | | |
| Report date | Feb 26, 2024 | Feb 26, 2024 | Feb 26, 2024 |



## Personal info

| Reported names | Shane A Tiffany | Shane A Tiffany Shane Tiffany Shane Tiffany | Shane A Tiffany Shane Tiffany Shane Tiffany Shane |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |



## Account summary

4d7958f329960f4ce46ece476d0e964

| | Feb 20, 2024 | $9,632.00<br>USAA SAVINGS BANK | | Feb 20, 2024 | $9,632.00<br>USAA SAVINGS BANK |
|---|---|---|---|---|---|

**Account details**

| | | | |
|---|---|---|---|
| Account Number | 427082XXXXXXXXXX | Account Number | 427082XX |
| Date Opened | May 18, 2005 | Date Opened | May 18, 2005 |
| Last Activity | Jan 1, 2024 | Last Activity | Mar 1, 2019 |
| Original Creditor | | Original Creditor | |
| Monthly Payment | $0.00 | Monthly Payment | $0.00 |
| Term Source Type | | Term Source Type | |
| Current Rating | Collection/Charge-off | Current Rating | Collection/Charge-off |
| Status | Charge Off | Status | Charge Off |
| Type | Individual | Type | Individual |
| High Balance | | High Balance | |
| Unpaid Balance | $9,632.00 | Unpaid Balance | $9,632.00 |
| Highest Adverse Rating | Collection/Charge-off | Highest Adverse Rating | Collection/Charge-off |
| Most Recent Adverse Rating | No Data Available | Most Recent Adverse Rating | Collection/Charge-off |
| Comments | Charged Off Account | Comments | Unpaid Balance Reported As A Loss By Credit Grantor, Account Closed At Credit Grantor's Request |

**Account details**

You've Made 0% Of Payments For This Account On Time.

**Account details**

You've Made 77% Of Payments For This Account On Time.

| 2024 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | CC | | | | | |
| | Jul | Aug | Sep | Oct | Nov | Dec |

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | CC | CC | CC | CC |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | CC | CC | CC | CC |

| 2021 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | CC | CC | CC | CC |

| 2020 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | CC | CC | CC | CC |

Legend:

| | |
|---|---|
| OK | Paid on time |
| 30 | 30 days past due |
| 60 | 60 days past due |
| 90 | 90 days past due |
| 120 | 120 days past due |
| 150 | 150 days past due |
| BK | Bankruptcy |
| RR | Repossession or foreclosure |
| CC | Collection or charge-off |
| VS | Voluntary surrender |
| ND | No data available |

| 2024 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | N/A | CC | | | | |
| | Jul | Aug | Sep | Oct | Nov | Dec |

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | N/A | N/A | N/A | N/A | N/A | N/A |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | N/A | N/A | N/A | N/A | N/A | N/A |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | N/A | N/A | N/A | N/A | N/A | N/A |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | N/A | N/A | N/A | N/A | N/A | N/A |

| 2021 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | N/A | N/A | N/A | N/A | N/A | N/A |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | N/A | N/A | N/A | N/A | N/A | N/A |

| 2020 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | N/A | N/A | N/A | N/A | N/A | N/A |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | N/A | N/A | N/A | N/A | N/A | N/A |

| 2019 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | N/A | N/A | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | N/A | N/A | N/A | N/A | CC | CC |

| 2018 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | N/A | N/A | N/A | N/A | N/A | N/A |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | | | | | | |

| 2017 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | | | | | | |
| | Jul | Aug | Sep | Oct | Nov | Dec |

Legend:

| | |
|---|---|
| OK | Paid on time |
| 30 | 30 days past due |

Collection agency
USAA SAVINGS BANK

S TIFFANY VS USAA SAVINGS BANK
USAA SAVINGS BANK

05-2024-CC-020527-XXCC-BC