# BECA
## Brevard Electronic Court Application

| | |
|---|---|
| Case Number: | 05-2024-CC-020527-XXCC-BC |
| Date Filed: | 03/15/2024 |
| Status Date: | 03/15/2024 |
| Jurisdiction: | OUT OF COUNTY |
| Case Type: | 380 |
| Case Status: | ORIGINAL PENDING |
| Judge: | KATHRYN C JACOBUS |
| Charging Agency: | NONE |

### Participants

| Type | Name | DL Number | Race | Gender | DOB | Address 1 | Address 2 | City State Zip |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT (1) | USAA SAVINGS BANK | | | | | 9800 FREDERICKSBURG RD | | SAN ANTONIO, TX 78288-0001 |
| DEFENDANT (2) | EQUIFAX INFORMATION SERVICES LLC | | | | | 1550 PEACHTREE ST NW | | ATLANTA, GA 30309-2468 |
| DEFENDANT (3) | EXPERIAN INFORMATION SOLUTIONS INC | | | | | 475 ANTON BLVD | | COSTA MESA, CA 92626-7037 |
| PLAINTIFF (1) | TIFFANY SHANE | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| ATTORNEY FOR: P1 | BELLINDER THOMAS | | | | | 180 MAIDEN LN FL 27 | | NEW YORK, NY 10038-4953 |

### Register of Actions

| Event Date | Document Number | Description | Page Count | Amount |
|---|---|---|---|---|
| 03/15/2024 | 1 | COMPLAINT WITH DEMAND FOR JURY TRIAL | 27 | |
| 03/15/2024 | | PROPOSED SUMMONS TO BE ISSUED | 6 | |
| 03/15/2024 | | PROPOSED SUMMONS TO BE ISSUED | 6 | |
| 03/15/2024 | | PROPOSED SUMMONS TO BE ISSUED | 6 | |
| 03/15/2024 | | ASM: CO CIVIL $15001-$30000 | 2 | 400.00 |
| 03/15/2024 | | ASM: ISSUE COUNTY SUMMONS | 2 | 30.00 |
| 03/15/2024 | | ORIGINAL FILING UPDATED | 2 | |
| 03/19/2024 | 2 | ADMINISTRATIVE ORDER PROPOSED CASE MANAGEMENT PLAN & ORDER | 9 | |
| 03/19/2024 | 3 | COVER SHEET | 3 | |
| 03/19/2024 | 4 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 6 | |
| 03/19/2024 | 5 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 6 | |
| 03/19/2024 | 6 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 6 | |
| 04/17/2024 | 7 | AMENDED COMPLAINT | 24 | |
| | | **Total Number of Document Pages** | **105** | |

### Complaints

| Complaint Date | Cause of Action | Disposition Date | Disposition Description |
|---|---|---|---|
| 03/15/2024 | COUNTY CIVIL $15001 - $30000 | | |

### Financials

| Name | Receivable | Amount Assessed | Amount Waived | Amount Paid | Due Date | Balance |
|---|---|---|---|---|---|---|
| TIFFANY SHANE | CO CIVIL F/F | $400.00 | $0.00 | $400.00 | | $0.00 |
| TIFFANY SHANE | ISSUE CTY SUMMONS | $30.00 | $0.00 | $30.00 | | $0.00 |
| **TOTALS:** | | **$430.00** | **$0.00** | **$430.00** | | **$0.00** |

| TOTAL AMOUNT ELIGIBLE FOR A CIVIL LIEN: | | | | | | $0.00 |
|---|---|---|---|---|---|---|

**Judge History**

| Date Assigned | Case Type | Judge | Description |
|---|---|---|---|
| 03/15/2024 | COUNTY CIVIL | KATHRYN C JACOBUS | INITIAL ASSIGNMENT |