# EXHIBIT B

IN THE COUNTY COURT OF
THE 18TH JUDICIAL CIRCUIT, IN
AND FOR BREVARD
COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO:

SHANE TIFFANY,
          Plaintiff,
v.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC AND
EXPERIAN INFORMATION SOLUTIONS
INC.,

          Defendants.
_____/

## COMPLAINT

Plaintiff, Shane Tiffany (hereinafter "Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants USAA Savings Bank ("USAA Savings"), Experian Information Solutions, Inc., ("Experian") and Equifax Information Services, LLC ("Equifax") alleges as follows:

## INTRODUCTION

1. This is an action for damages which exceed the sum of Eight Thousand One Dollars ($8,001.00) brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers of credit information from falsely and inaccurately reporting consumers' credit information to credit reporting agencies.

## PARTIES

2. Plaintiff, Shane Tiffany, is an adult citizen of Florida.

1

3.  Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4.  Defendant USAA Savings was and is at all relevant times herein, a business entity organized and existing under and by virtue of the National Banking Laws of the United States and does business throughout the country and in the State of Florida. USAA Savings is a "furnisher" of consumer credit information as that term is used in Section 1681s-2 of the FCRA.

5.  Defendant Experian is a corporation that engages in the business of maintain and reporting consumer credit information. Experian is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

6.   Experian is qualified to do business in the State of Florida and regularly conducts business in Brevard County, Florida. Experian is one of the largest CRA's in the world.

7.  Defendant Equifax is a limited liability company that engages in the business of maintain and reporting consumer credit information. Equifax is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

8.  Equifax is qualified to do business in the State of Florida and regularly conducts business in Brevard County, Florida. Equifax is one of the largest CRA's in the world.

## JURISDICTION AND VENUE

9.  This Honorable Court has jurisdiction and venue over the parties and this cause of action.  This civil action arises out of the acts or omissions of the Defendants committed in whole or in part in Brevard County in the State of Florida against individuals doing business in Brevard County, Florida.

10. This Court has personal jurisdiction over all the Defendants in the instant suit who reside or may be found in the State of Florida, or who are doing business in the State of Florida.  Additionally, the allegations which caused or contributed to the subject incident occurred within the confines of Brevard County, Florida.

11. Venue is properly established before this Court pursuant to § 47.011, Fla. Stat. (2005), because the present action has been instituted in the county where the defendant resides, where the cause of action accrued, or where the property in litigation is located.

## FACTUAL ALLEGATIONS

12. Defendant USAA Savings issued a credit account ending in ███ to Plaintiff. The account was routinely reported on Plaintiff's consumer credit reports.

13. The consumer reports at issue are a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

14. On or about June 10, 2019, Plaintiff and Radius Global Solutions, LLC, on behalf of USAA Savings entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached hereto as Exhibit A.

15. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $7,880.90 to settle and close his USAA Savings credit account.

16. Plaintiff, via his debt settlement representative timely made the requisite settlement payments. A paid in full letter is attached hereto as <u>Exhibit B</u>.

17. However, over three and a half years later, Plaintiff's USAA Savings account continued to be negatively reported.

18. In particular, on a requested credit report dated December 28, 2023, Plaintiff's USAA Savings account was reported with a status of "Charge Off," a balance of $9,632.00 and a past due balance of $9,632.00. The relevant portion of Plaintiff's credit report is attached hereto as <u>Exhibit C.</u>

19. This tradeline was inaccurately reported. As evidenced by the settlement agreement and proofs of payments, the account was settled for less than full balance and must be reported as settled with a balance of $0.00.

20. On or about January 16, 2024, Plaintiff, via his attorney at the time, notified Experian and Equifax directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's USAA Savings account. A redacted copy of this letter and the certified mail receipts are attached hereto as <u>Exhibit D</u>.

21. Therefore, Plaintiff disputed the accuracy of the derogatory information reported by USAA Savings to Experian and Equifax via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

22. In February of 2024 Plaintiff requested updated credit reports for review. The tradeline for Plaintiff's USAA Savings account remained inaccurate, as

Defendants failed to correct the inaccuracy. The relevant portion of the February 2024 credit report is attached hereto as Exhibit D.

23. Experian and Equifax did not notify USAA Savings of the dispute by Plaintiff in accordance with the FCRA, or alternatively, did notify USAA Savings, and USAA Savings failed to properly investigate and delete the tradeline or properly update the tradeline on Plaintiff's credit reports.

24. If USAA Savings had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's USAA Savings account would have been updated to reflect a "settled" status with a balance of $0.00.

25. Despite the fact that USAA Savings has promised through its subscriber agreements or contracts to accurately update accounts, USAA Savings has nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement as well as the requirements set forth under the FCRA, which has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

26. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit reports, concerning the account in question, thus violating the FCRA.  These violations occurred before, during, and after the dispute process began with Experian and Equifax.

27. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of their

employment, and under the direct supervision and control of the Defendants herein.

28. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## CLAIM FOR RELIEF

29. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

30. Experian and Equifax are "consumer reporting agencies," as codified at 15 U.S.C. § 1681a(f).

31. USAA Savings is an entity who, regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

32. USAA Savings is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

33. Plaintiff notified Defendants directly of a dispute on the account's completeness and/or accuracy, as reported.

34. USAA Savings failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the credit bureau within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

35. USAA Savings failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

36. Experian and Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes.

37. Experian and Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the account in question, violating 15 U.S.C. § 1681e(b).

38. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, rejection of credit card application, higher interest rates on loan offers that would otherwise be affordable and other damages that may be ascertained at a later date.

39. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorney's fees and costs.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

3. That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o; and

7

4. That the Court grant such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to FL. R. Civ. P. 1.430, Plaintiff demands trial by jury in this action of all issues so triable.

Dated: March 15, 2024

Respectfully Submitted,

**Law Office of Robert S. Gitmeid & Associates, PLLC**

Thomas Bellinder, Esq. (Florida Bar No. 65254)
180 Maiden Lane, 27th Floor
New York, NY 10038
Tel: (212) 226-5081
Email: Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff Shane Tiffany*

8

# EXHIBIT A

 ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ACCOUNT DETAILS:**

Firm File Number:
**2154000484**

Original Creditor:

Current Creditor:
**CONN APPLIANCES, INC.**

Debtor:
**KELVIN L CLARK**

Balance:
**$2,749.13**

## SETTLEMENT LETTER      DATE: September 16, 2021

Dear ▓▓▓▓▓▓

This will confirm our arrangement to accept payments toward this account provided that they are regularly made herein.  The sum of $1,815.00 shall be paid as what is listed in Exhibit A until paid in full.  This letter is contingent on the clearance of all payments made towards the settlement.  If any payments made as part of the settlement fail to clear, this agreement will be null and void.

Please include the file number on all correspondence and payments made to ensure proper handling and crediting to the account.

**Upon receipt of your final settlement payment, plus a 15-day waiting period to ensure funds are not returned as non-sufficient, your account will be settled for less than the full balance.**

Thank you for your cooperation in this matter.  If you have any questions or wish to discuss this matter in further detail, please feel free to contact me.

Sincerely,

ANDREU, PALMA, LAVIN & SOLIS, PLLC

### ATTORNEYS:

**Juan G. Andreu, Esq.**
*Licensed in FL
**Richard A. Russell, Esq.**
*Licensed in FL, GA, UT &NV
**Giancarlo Olano-Lavergne, Esq.**
*Licensed in FL & PR
**Kristina Moehle, Esq.**
*Licensed in FL, NJ & NY
**Connell A. Loftus, Esq.**
*Licensed in VA & DC
** Of Counsel

### OFFICE ADDRESSES:

815 NW 57TH AVE., STE. 401
MIAMI, FL 33126-2363

887 DONALD ROSS RD
JUNO BEACH, FL 33408

**p. (877) 631-0174**
**f. (800) 391-2178**

email:
HELP@AndreuPalma.com

**Agents of the firm speak
English and Spanish

**Feel free to contact our Law Firm to discuss the account:**

**( (877) 631-0174 )**



IF YOU PREFER TO COMMUNICATE REGARDING THIS DEBT VIA EMAIL, SEND AN EMAIL TO
HELP@ANDREUPALMA.COM

CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# EXHIBIT A

This is your payment schedule.
**We strongly encourage setting up automatic payments in order to avoid potential default.**
→Feel free to contact our office for help or questions at **(877) 631-0174 or (877) 229-5972.**
→You can make payments online by going to **www.andreupalma.com**
→You can email us any time at **HELP@andreupalma.com**
**ADDRESS:  ANDREU & PALMA - 887 Donald Ross Road, Juno Beach, FL 33408**

| PAYMENT # | AMT | DUE DATE |
|---|---|---|
| 1 | $50.00 | 9/30/2021 |
| 2 | $50.00 | 10/25/2021 |
| 3 | $171.00 | 11/25/2021 |
| 4 | $171.00 | 12/25/2021 |
| 5 | $171.00 | 1/25/2022 |
| 6 | $171.00 | 2/25/2022 |
| 7 | $171.00 | 3/25/2022 |
| 8 | $171.00 | 4/25/2022 |
| 9 | $171.00 | 5/25/2022 |
| 10 | $171.00 | 6/25/2022 |
| 11 | $171.00 | 7/25/2022 |
| 12 | $176.00 | 8/25/2022 |

**TOTAL NUMBER OF PAYMENTS**          12
**TOTAL AMOUNT OF PAYMENTS**       $1,815.00

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# EXHIBIT B



# ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ACCOUNT DETAILS:**

Firm File Number:
**2154000484**

Creditor:
**Conn Appliances, Inc.**

Account Number:
**XXXXX6730**

Debtor:
**KELVIN L CLARK**

---

## SETTLED IN FULL ACKNOWLEDGEMENT DATE: September 9, 2022

Dear ▮▮▮▮▮▮▮

This letter is to confirm that the account listed above has been settled for less than the full balance.

In view of the foregoing, we have closed our file, marked our records accordingly and have forwarded this information on to our client. Please retain a copy of this letter for your records as acknowledgment of the debt being satisfied. This letter is contingent on the clearance of all payments made towards the settlement. If any payments made as part of the settlement fail to clear, this agreement will be null and void.

Thank you for your cooperation.

Sincerely,

ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ATTORNEYS:**

Juan G. Andreu, Esq.
*Licensed in FL
Richard A. Russell, Esq.
*Licensed in FL, GA, UT & NV
Giancarlo Olano-Lavergne, Esq.
*Licensed in FL & PR
Kristina Moehle, Esq.
*Licensed in FL, NJ & NY
Sharon J. Walker, Esq.
*Licensed in FL & GA
Connell A. Loftus, Esq.
*Licensed in VA & DC
** Of Counsel

**OFFICE ADDRESSES:**

815 NW 57TH AVE., STE. 401
MIAMI, FL 33126-2363

887 DONALD ROSS RD
JUNO BEACH, FL 33408

**p. (877) 631-0174**
**f. (800) 391-2178**

email:
**HELP@AndreuPalma.com**

**Agents of the firm speak English and Spanish



**IF YOU PREFER TO COMMUNICATE REGARDING THIS DEBT VIA EMAIL, SEND AN EMAIL TO HELP@ANDREUPALMA.COM**

**CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED**

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

Filing 194155985          VS                    05-2024-CC-020527-XXCC-BC

# EXHIBIT C

## Credit report

Provided by EQUIFAX



Report date: Dec 20, 2023

## Personal info

| Reported names | Kelvin L Clark | Addresses | Date reported |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |



## Account summary



## Accounts



CONN CREDIT CORP                                           $799.00
Reported: Sep 1, 2022                                      Closed

**Overview**                          **Account details**

You have 0% left to pay on this loan.    Account Number                        ████

Balance: $799.00          Highest balance:    Account Status                      Charge Off

| Monthly Payment Amount | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | $799.00 |

# EXHIBIT D



## Law Offices Of
## ROBERT S. GITMEID & ASSOC., PLLC

January 18, 2024

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions          Equifax Information Services, LLC
P.O. Box 2000                          P.O. Box 740256
Chester, PA 19016                      Atlanta, GA 30374-0256

Experian
P.O. Box 4500
Allen, TX 75013

Re:           Kelvin Clark
Creditor:     Conn Credit Corporation d/b/a Conn Appliances, Inc.
Account No.:  Ending in ███

Dear Sir and/or Madam,

Please be advised that the office was retained to represent Kelvin Clark with respect to his claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about September 16, 2021, Mr. Clark, and Andreu, Palma, Lanvin & Solis PLLC, on behalf of Conn Credit Corporation d/b/a Conn Appliances, Inc. ("Conns") entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Clark was required to make monthly payments totaling $1,815.00 to settle and close his Conns account. Mr. Clark, via his debt settlement representative, timely made the requisite settlement payments. A paid in full letter is attached herein for your review.

However, over a year later, Mr. Clark's account continues to be negatively reported. In particular, on a requested credit report dated December 20, 2023, Mr. Clark's account was reported with a status of "Charge Off", a balance of $799.00, and a past due balance of $799.00. The relevant portion of Mr. Clark's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to the important matter.

Very truly yours,

Allayah Chirinos
Paralegal
Law Offices of Robert S. Gitmeid
& Associates, PLLC.
Allayah.c@gitmeidlaw.com
(866) 249 1137



# ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ACCOUNT DETAILS:**

Firm File Number:
**2154000484**

Original Creditor:

Current Creditor:
**CONN APPLIANCES, INC.**

Debtor:
**KELVIN L CLARK**

Balance:
**$2,749.13**

## SETTLEMENT LETTER          DATE: September 16, 2021

Dear

This will confirm our arrangement to accept payments toward this account provided that they are regularly made herein.  The sum of $1,815.00 shall be paid as what is listed in Exhibit A until paid in full.  This letter is contingent on the clearance of all payments made towards the settlement.  If any payments made as part of the settlement fail to clear, this agreement will be null and void.

Please include the file number on all correspondence and payments made to ensure proper handling and crediting to the account.

**Upon receipt of your final settlement payment, plus a 15-day waiting period to ensure funds are not returned as non-sufficient, your account will be settled for less than the full balance.**

Thank you for your cooperation in this matter.  If you have any questions or wish to discuss this matter in further detail, please feel free to contact me.

Sincerely,

ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ATTORNEYS:**

**Juan G. Andreu, Esq.**
*Licensed in FL
**Richard A. Russell, Esq.**
*Licensed in FL, GA, UT &NV
**Giancarlo Olano-Lavergne, Esq.**
*Licensed in FL & PR
**Kristina Moehle, Esq.**
*Licensed in FL, NJ & NY
**Connell A. Loftus, Esq.**
*Licensed in VA & DC
** Of Counsel

**OFFICE ADDRESSES:**

815 NW 57TH AVE., STE. 401
MIAMI, FL 33126-2363

887 DONALD ROSS RD
JUNO BEACH, FL 33408

**p. (877) 631-0174**
**f. (800) 391-2178**

**email:**
**HELP@AndreuPalma.com**

**\*\*Agents of the firm speak English and Spanish**

**Feel free to contact our Law Firm to discuss the account:**

**( (877) 631-0174 )**



**IF YOU PREFER TO COMMUNICATE REGARDING THIS DEBT VIA EMAIL, SEND AN EMAIL TO HELP@ANDREUPALMA.COM**

CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED
**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**I HEREBY ACKNOWLEDGE THIS PAYMENT ARRANGEMENT AND AGREE THAT THE AMOUNT LISTED ABOVE IS VALIDLY OWED.  I FURTHER AGREE TO MAKE THE PAYMENTS AS OUTLINED ABOVE.**

_____
KELVIN L CLARK

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# EXHIBIT A

This is your payment schedule.
**We strongly encourage setting up automatic payments in order to avoid potential default.**
→Feel free to contact our office for help or questions at **(877) 631-0174 or (877) 229-5972.**
→You can make payments online by going to **www.andreupalma.com**
→You can email us any time at **HELP@andreupalma.com**
**ADDRESS:  ANDREU & PALMA - 887 Donald Ross Road, Juno Beach, FL 33408**

| PAYMENT # | AMT | DUE DATE |
|---|---|---|
| 1 | $50.00 | 9/30/2021 |
| 2 | $50.00 | 10/25/2021 |
| 3 | $171.00 | 11/25/2021 |
| 4 | $171.00 | 12/25/2021 |
| 5 | $171.00 | 1/25/2022 |
| 6 | $171.00 | 2/25/2022 |
| 7 | $171.00 | 3/25/2022 |
| 8 | $171.00 | 4/25/2022 |
| 9 | $171.00 | 5/25/2022 |
| 10 | $171.00 | 6/25/2022 |
| 11 | $171.00 | 7/25/2022 |
| 12 | $176.00 | 8/25/2022 |

**TOTAL NUMBER OF PAYMENTS**          12
**TOTAL AMOUNT OF PAYMENTS**          $1,815.00

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ACCOUNT DETAILS:**

Firm File Number:
**2154000484**

Creditor:
**Conn Appliances, Inc.**

Account Number:

Debtor:
**KELVIN L CLARK**

## SETTLED IN FULL ACKNOWLEDGEMENT DATE: September 9, 2022

Dear

This letter is to confirm that the account listed above has been settled for less than the full balance.

In view of the foregoing, we have closed our file, marked our records accordingly and have forwarded this information on to our client. Please retain a copy of this letter for your records as acknowledgment of the debt being satisfied. This letter is contingent on the clearance of all payments made towards the settlement. If any payments made as part of the settlement fail to clear, this agreement will be null and void.

Thank you for your cooperation.

Sincerely,

ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ATTORNEYS:**

Juan G. Andreu, Esq.
*Licensed in FL
Richard A. Russell, Esq.
*Licensed in FL, GA, UT & NV
Giancarlo Olano-Lavergne, Esq.
*Licensed in FL & PR
Kristina Moehle, Esq.
*Licensed in FL, NJ & NY
Sharon J. Walker, Esq.
*Licensed in FL & GA
Connell A. Loftus, Esq.
*Licensed in VA & DC
** Of Counsel

**OFFICE ADDRESSES:**

815 NW 57TH AVE., STE. 401
MIAMI, FL 33126-2363

887 DONALD ROSS RD
JUNO BEACH, FL 33408

**p. (877) 631-0174**
**f. (800) 391-2178**

email:
**HELP@AndreuPalma.com**

**Agents of the firm speak
English and Spanish



IF YOU PREFER TO COMMUNICATE REGARDING THIS DEBT VIA EMAIL, SEND AN EMAIL TO
HELP@ANDREUPALMA.COM

CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



## Credit report



Provided by ~~EQUIFAX~~

Report date: Dec 20, 2023

## Personal info

| Reported names | **Kelvin L Clark** | Addresses | Date reported |
|---|---|---|---|
| DOB | ▉▉▉▉ | | |
| SSN | ▉▉▉▉ | | |
| Employment info | ▉▉▉▉ | | |



## Account summary



## Accounts

CONN CREDIT CORP
Reported: Sep 7, 2022

$799.00
Closed

### Overview

You have 0% left to pay on this loan.

Balance: $799.00                                    Highest balance:

### Account details

Account Number

Account Status                                      Charge Off

| | |
|---|---|
| Monthly Payment Amount | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | $799.00 |

# EXHIBIT E

## Credit report



| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| VantageScore 3.0 | | | |



| Report date | Feb 26, 2024 | Feb 26, 2024 | Feb 26, 2024 |

## Personal info

| Reported names | Kelvin Leonard Clark | Kelvin L Clark<br>Kevin L Clark | Kelvin L Clark<br>Leonard K Clark<br>Calvin Clark<br>Clark Kelvin |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |



## Account summary



Bureau

Total count

Hide details

**EQUIFAX**

Sep 1, 2022                    $799.00
                    CONN CREDIT CORP

**Account details**

| | |
|---|---|
| Account Number | 499876XXX |
| Date Opened | Aug 31, 2016 |
| Last Activity | Aug 1, 2022 |
| Original Creditor | |
| Monthly Payment | $0.00 |
| Term Source Type | |
| Current Rating | Collection/Charge-off |
| Status | Charge Off |
| Type | Individual |
| High Balance | |
| Unpaid Balance | $799.00 |
| Highest Adverse Rating | Collection/Charge-off |
| Most Recent Adverse Rating | No Data Available |
| Comments | Charged Off Account |

**Account details**

You've Made 23% Of Payments For This
Account On Time.

VB-2024-0002021-CVC-BC

Filing # 194155985 E-Filed 03/15/2024 07:47:32 PM

IN THE COUNTY COURT OF THE 18TH
JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO:

SHANE TIFFANY,
               Plaintiff,

v.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,
               Defendants.

_____/

## **SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition

in this action on defendant:   USAA Savings Bank

               9800 Fredericksburg Rd., San Antonio, TX 78288

      Each defendant is required to serve written defenses to the complaint or petition on Thomas

Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY

10038, within 20 days after service of this summons on that defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered

against that defendant for the relief demanded in the complaint or petition.

**If you are a person with a disability who needs any accommodation in order to**

**participate in this proceeding, you are entitled, at no cost to you, to the**

**provision of certain assistance. Please contact the Court's ADA Coordinator, The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED on: _____          Clerk of the Court

By: _____ As
Deputy Clerk

EN EL  TRIBUNAL DEL CONDADO DEL
18 ºCIRCUITO JUDICIAL, EN Y PARA
EL CONDADO DE BREVARD, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO:

SHANE TIFFANY,

      Demandante,

en.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,

      Acusados.

_____/

## **CITACIÓN**

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

      SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al demandado:   USAA Savings Bank

      9800 Fredericksburg Rd., San Antonio, TX 78288

      Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor, New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____        Por:_____

                         Como Secretario Adjunto

DEVANT LA COUR DE COMTÉ DU
18ECIRCUIT JUDICIAIRE, DANS ET
POUR  LE COMTÉ DE BREVARD,
FLORIDE

COMPÉTENCE GÉNÉRALE DIV.

N° DE CAS :

SHANE TIFFANY,
               Plaignant

dans.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,
               Défendeurs.

_____/

## **CONVOCATION**

L'ÉTAT DE FLORIDE :

À chaque shérif de l'État :

      IL VOUS EST ORDONNÉ de signifier cette assignation et une copie de la plainte ou de la pétition dans cette action au défendeur:    USAA Savings Bank

                                        9800 Fredericksburg Rd., San Antonio, TX 78288

      Chaque défendeur est tenu de signifier des défenses écrites à la plainte ou à la requête à Thomas J. Bellinder, l'avocat du demandeur, dont l'adresse est 180 Maiden Lane, 27th Floor, New York, NY 10038, dans les 20 jours suivant la signification de cette assignation à ce défendeur, à l'exclusion du jour de la signification, et de déposer l'original des défenses auprès du greffier de cette cour soit avant la signification à l'avocat du demandeur, soit immédiatement après. Si un défendeur ne le fait pas, un défaut sera inscrit contre ce défendeur pour la réparation demandée dans la plainte ou la requête.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Brevard County Courthouse, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, nan 7 jou anvan dat ou gen randevou pou parèt nan tribunal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**

DATE LE : ___          Par:_____

                       À titre de sous-greffier

IN THE COUNTY COURT OF THE 18TH
JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO:

SHANE TIFFANY,
          Plaintiff,
v.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,
          Defendants.
_____/

## **SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition

in this action on defendant:   Equifax Information Services, LLC

            1550 Peachtree St., NW, Atlanta, GA 30309

     Each defendant is required to serve written defenses to the complaint or petition on Thomas

Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY

10038, within 20 days after service of this summons on that defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered

against that defendant for the relief demanded in the complaint or petition.

**If you are a person with a disability who needs any accommodation in order to**

**participate in this proceeding, you are entitled, at no cost to you, to the**

**provision of certain assistance. Please contact the Court's ADA Coordinator,**

**The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL**

**32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court**

**appearance, or immediately upon receiving this notification if the time before**

**the scheduled appearance is less than 7 days; if you are hearing or voice**

**impaired, call 711.**

DATED on: _____          Clerk of the Court

By: _____ As
Deputy Clerk

EN EL  TRIBUNAL DEL CONDADO DEL
18 ºCIRCUITO JUDICIAL, EN Y PARA
EL CONDADO DE BREVARD, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO:

SHANE TIFFANY,

      Demandante,

en.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,

      Acusados.

_____/

## **CITACIÓN**

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

      SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al demandado:   Equifax Information Services, LLC

      1550 Peachtree St., NW, Atlanta, GA 30309

      Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor, New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____          Por:_____

Como Secretario Adjunto

DEVANT LA COUR DE COMTÉ DU
18ECIRCUIT JUDICIAIRE, DANS ET
POUR  LE COMTÉ DE BREVARD,
FLORIDE

COMPÉTENCE GÉNÉRALE DIV.

N° DE CAS :

SHANE TIFFANY,
                Plaignant

dans.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,
                Défendeurs.
_____/

## **CONVOCATION**

L'ÉTAT DE FLORIDE :

À chaque shérif de l'État :

      IL VOUS EST ORDONNÉ de signifier cette assignation et une copie de la plainte ou de la pétition dans cette action au défendeur:    Equifax Information Services, LLC

                        1550 Peachtree St., NW, Atlanta, GA 30309

      Chaque défendeur est tenu de signifier des défenses écrites à la plainte ou à la requête à Thomas J. Bellinder, l'avocat du demandeur, dont l'adresse est 180 Maiden Lane, 27th Floor, New York, NY 10038, dans les 20 jours suivant la signification de cette assignation à ce défendeur, à l'exclusion du jour de la signification, et de déposer l'original des défenses auprès du greffier de cette cour soit avant la signification à l'avocat du demandeur, soit immédiatement après. Si un défendeur ne le fait pas, un défaut sera inscrit contre ce défendeur pour la réparation demandée dans la plainte ou la requête.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Brevard County Courthouse, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, nan 7 jou anvan dat ou gen randevou pou parèt nan tribunal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**

DATE LE : ___          Par:_____

                      À titre de sous-greffier

IN THE COUNTY COURT OF THE 18TH
JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO:

SHANE TIFFANY,
             Plaintiff,
v.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,
             Defendants.
_____/

## **SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

        YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition

in this action on defendant:    Experian Information Solutions, Inc.

                475 Anton Blvd. Costa Mesa, CA 92626

        Each defendant is required to serve written defenses to the complaint or petition on Thomas

Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY

10038, within 20 days after service of this summons on that defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered

against that defendant for the relief demanded in the complaint or petition.

**If you are a person with a disability who needs any accommodation in order to**

**participate in this proceeding, you are entitled, at no cost to you, to the**

**provision of certain assistance. Please contact the Court's ADA Coordinator, The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED on: _____          Clerk of the Court

By: _____ As
Deputy Clerk

EN EL TRIBUNAL DEL CONDADO DEL
18 ºCIRCUITO JUDICIAL, EN Y PARA
EL CONDADO DE BREVARD, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO:

SHANE TIFFANY,

       Demandante,

en.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,

      Acusados.

_____/

## **CITACIÓN**

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

    SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al demandado:   Experian Information Solutions, Inc.

       475 Anton Blvd. Costa Mesa, CA 92626

    Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor, New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____        Por:_____

                         Como Secretario Adjunto

DEVANT LA COUR DE COMTÉ DU 18ECIRCUIT JUDICIAIRE, DANS ET POUR  LE COMTÉ DE BREVARD, FLORIDE

COMPÉTENCE GÉNÉRALE DIV.

N° DE CAS :

SHANE TIFFANY,
            Plaignant
dans.

USAA SAVINGS BANK, EQUIFAX INFORMATION SERVICES, LLC, AND EXPERIAN INFORMATION SOLUTIONS INC.,
            Défendeurs.
_____/

## **CONVOCATION**

L'ÉTAT DE FLORIDE :

À chaque shérif de l'État :

      IL VOUS EST ORDONNÉ de signifier cette assignation et une copie de la plainte ou de la pétition dans cette action au défendeur:    Experian Information Solutions, Inc.

                      475 Anton Blvd. Costa Mesa, CA 92626

      Chaque défendeur est tenu de signifier des défenses écrites à la plainte ou à la requête à Thomas J. Bellinder, l'avocat du demandeur, dont l'adresse est 180 Maiden Lane, 27th Floor, New York, NY 10038, dans les 20 jours suivant la signification de cette assignation à ce défendeur, à l'exclusion du jour de la signification, et de déposer l'original des défenses auprès du greffier de cette cour soit avant la signification à l'avocat du demandeur, soit immédiatement après. Si un défendeur ne le fait pas, un défaut sera inscrit contre ce défendeur pour la réparation demandée dans la plainte ou la requête.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Brevard County Courthouse, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, nan 7 jou anvan dat ou gen randevou pou parèt nan tribunal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**

DATE LE : ___        Par:_____

                     À titre de sous-greffier

**EXHIBIT B**
*(Form Ex. B)*

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

Shane Tiffany_____,                    CASE NO:
       Plaintiff,

vs

USAA Savings Bank, Experian Information Solutions, Inc., and Equifax Information Services,
LLC,
Defendant.
_____/

**AGREED CASE MANAGEMENT PLAN AND ORDER**
**(GENERAL)**

       Pursuant to the dictates of Administrative Order AOSC20-23 of the Florida Supreme
Court, and AO 23-10, 2nd Amended Eighteenth Judicial Circuit, The parties hereby submit the
following Agreed Case Management Plan and Order to the Court for Approval:

**Case Management Plan[1]**

**Note:** *Although not all categories of deadlines will apply to every type of case, the
deadline information should not be deleted from the Case Management Plan, and no deadlines
should be changed absent Court order. **The only information the parties must agree on and fill
in is under Section I.***

    I.     **Trial Period Start Date and Pretrial Conference Date***

| | | |
|---|---|---|
| *Not to Exceed 18 months from filing complaint*<br><br>*See 18th Circuit website for docket start dates and corresponding Pre-Trial Conference dates | Trial Period Starting: | _____<br>(Mo/Day/Yr) |
| | Pre-Trial Conference date: | _____<br>(Mo/Day/Yr) |
| | Jury Trial or Non-Jury Trial: | _____ |
| | Number of Trial Days: | _____<br>Days |

---

[1] **Abbreviations**: Plaintiff=PL; Defendant=DF; Case Management Plan/Order=CMPO; Pretrial Conference-PTC

| | *Final Date will be confirmed by Order Setting: Trial, Pre-Trial Conference, and Directing Pre-Trial Compliance* |
|---|---|

## II.    Initial Meet/Confer, Discovery Disclosure and Service of Process

| | |
|---|---|
| **Perfect Service of Process:** | 120 days<br>after filing complaint |
| **Filing of Agreed Case Management Plan/Order** | 30 days<br>after last DF served |
| **Initial Discovery Disclosure**  Irrespective if any formal discovery requests are made), each party shall provide the other party(ies) the following initial discovery disclosures unless privileged or protected:<br><br>i)   name, address(if known), telephone number and email address for each individual likely to have discoverable information (including the subject matter of that information) that the disclosing party may use to support its claims and defenses;<br>ii)  a copy; or description by category and location of all documents, ESI and tangible things that the disclosing party may use to support its claims and defenses;<br>iii) a computation for each category of damages claimed by the disclosing party and a copy of any supporting documentation or evidence;<br>iv)  a copy of any insurance policy or agreement that may provide coverage indemnification for the disclosing party if found liable for a possible judgment in the action.<br><br>*Unacceptable Excuses.* A party must make its initial disclosures based on the information then reasonably available to it. A party is not excused from making its disclosures because it has not fully investigated the case or because it challenges the sufficiency of another party's disclosures or because another party has not made its disclosures.<br><br>***This requirement is in place to help facilitate the litigation process, more readily identify needs of the case, and more efficiently engage in the discovery process to ensure timely compliance with case management deadlines.*** | 45 days<br>after CMPO filed<br><br>***(Notice of Compliance shall be filed 5 days thereafter)*** |

### III.   Deadlines and Cutoff Dates[2]
###        (Calculated as days before Pretrial Conference Date)

| **Deadlines and Cutoff Dates** | **Number of Days before Pretrial Conference** |
|---|---|
| 1) **Plaintiff and Defendant(s) are to disclose potential fact witnesses (including treating physicians and/or non-retained experts)**<br><br>***Exchanged between the parties to facilitate pre-trial discovery, but not filed with the Court.*** *The formal Fact Witness List will be filed in accordance with Para. 10 below.* | 180 days prior to PTC date<br><br>***(Notice of Compliance shall be filed 5 days thereafter)*** |
| 2) **Disclosure and <u>filing</u> of Plaintiff Expert Witness List**<br><br>Regardless if Defendant propounds expert discovery, Plaintiff will disclose: Names/address; area of expertise; subject matter of expected testimony; substance of facts and opinions; summary of grounds on which opinion is based; and at least 2 available dates for deposition.<br><br>Each party is limited to one expert per specialty. No other expert testimony should be permitted at trial. | 180 days prior to PTC date |
| 3) **Disclosure and <u>filing</u> of Defendant Expert Witness List**<br><br>Regardless if Plaintiff propounds expert discovery, Defendant will disclose: Names/address; area of expertise; subject matter of expected testimony; substance of facts and opinions; summary of grounds on which opinion is based; and at least 2 available dates for deposition.<br><br>Each party is limited to one expert per specialty. No other expert testimony should be permitted at trial. | 150 days prior to PTC date |
| 4) **Motions to amend pleadings or add new parties, <u>filed</u> and served** | 120 days prior to PTC date |
| 5) **Formal identification of *Fabre* Defendants** | 120 days prior to PTC date |

---

[2] When calculating deadlines based on the Pre-Trial Conference date, if the deadline falls on a weekend or holiday, the deadline will be taken as the last business day prior to the deadline date. *E.g.*, if 10 days prior to the Pre-Trial Conference date falls on Saturday, March 13th, the deadline for mediation to be completed would be Friday, March 12th (*not* Monday, March 15th).

| | | |
|---|---|---|
| 6) | **Filing of Plaintiff Rebuttal Experts**<br>Regardless if Defendant propounds expert discovery, Plaintiff will disclose: Names/address; area of expertise; subject matter of expected testimony; substance of facts and opinions; summary of grounds on which opinion is based; and at least 2 available dates for deposition.<br><br>Each party is limited to one expert per specialty. No other expert testimony should be permitted at trial. | 120 days prior to PTC date |
| 7) | **Mediator and Mediation Date agreed to** | 120 days prior to PTC date |
| 8) | **All CME Rule 1.360 exams completed** (counsel should schedule the CME as soon as Plaintiff discloses expert witnesses and not upon approaching this deadline). | 120 days prior to PTC date |
| 9) | **CME Report prepared and provided to Plaintiff**<br>(If Defendant intends to call CME Dr to testify, DF shall provide 3 available depo dates within 10 days after report) | 90 days prior to PTC date |
| 10) | **Filing of Plaintiff and Defendant Fact Witness List and Exhibit List** | 90 days prior to PTC date |
| 11) | **Disclosure of post-accident surveillance to be used at trial**<br><br>*Exchanged between the parties to facilitate pre-trial discovery, but not filed with the Court* | 90 days prior to PTC date<br><br>*(Notice of Compliance shall be filed 5 days thereafter)* |
| 12) | **All dispositive motions and summary judgment motions filed and served** | 75 days prior to PTC date |
| 13) | **All expert discovery and responses completed by** | 70 days prior to PTC date |
| 14) | **All Daubert motions filed and served** | 60 days prior to PTC date |
| 15) | **Completion of Fact Discovery (including Depositions)** | 30 days prior to PTC date |
| 16) | **All Daubert Motions/Expert Objections noticed and heard**<br>(Failure to do so shall constitute a waiver at Trial of any Daubert related evidence objection or issue, absent court order).<br><br>Responsibility for scheduling the hearing shall be upon the party filing the Motion or Objection. | 30 days prior to PTC date |

| | |
|---|---|
| **17) Disclosure of all *Northrup* impeachment materials** | 30 days prior to PTC date |
| **18) Plaintiff and Defendant final disclosure of all trial witnesses** (Counsel should designate which of previously disclosed witnesses they intend to call at trial) <br><br> ***Exchanged between the parties to facilitate trial preparation, but not filed with the Court*** | 20 days prior to PTC date <br><br> ***(Notice of Compliance shall be filed 5 days thereafter)*** |
| **19) Plaintiff and Defendant Disclosure of all trial exhibits** (Counsel should designate which of previously disclosed exhibits they intend to use at trial) <br><br> ***Exchanged between the parties to facilitate trial preparation, but not filed with the Court*** | 20 days prior to PTC date <br><br> ***(Notice of Compliance shall be filed 5 days thereafter)*** |
| **20) All motions for summary judgment heard** (Responsibility for scheduling hearing shall be upon the party filing the Motion or Objection). | 20 days prior to PTC date |
| **21) All Motions noticed and heard (except *Daubert* motions, motion for summary judgment, and motions in limine)** | 15 days prior to PTC date |
| **22) Plaintiff/Defendant exchange and <u>filing</u> of Notice of Depo Designations** | 15 days prior to PTC date |
| **23) Plaintiff/Defendant exchange and <u>filing</u> of objections and counter-designations to depo designations** | 10 days prior to PTC date |
| **24) Mediation Completed** | 10 days prior to PTC date |
| **25) Attorney Meet/Exchange/Inspect/Pretrial Stipulation** Exchange/examine pre-trial exhibits, discuss settlement; determine stipulated facts and issues; prepare pre-trial statement/stipulation; complete pre-trial checklist and proposed pre-trial conference order; confirm witnesses and contact info; review video depo and exhibits to be used at trial; agree on jury instructions, verdict form, and exhibit logs | 7 days prior to PTC date |
| **26) Plaintiff/Defendant objections to depo designations notice and heard** | 5 days prior to trial |
| **27) All Motions in limine noticed and heard** | 5 days prior to trial |

**WE HEREBY CERTIFY AS FOLLOWS:**

1.      All parties have met, reviewed and conferred regarding all dates in the Case Management Plan and agree to comply therewith;

2.      All parties have reviewed and will comply with the assigned judge's policies and procedures;

3.      With respect to all pretrial motion practice and objections, we acknowledge that: **Within sixty (60) days from the date of filing of a Motion, the movant must coordinate with opposing counsel and either submit a proposed Agreed Order on the Motion or schedule a hearing and file a Notice of Hearing; otherwise, the Motion/objection is deemed abandoned and denied.  The non-Movant shall timely submit a proposed Order in the event the Motion/objection is deemed abandoned and denied.**

_____          _____
Signature of Counsel Plaintiff(s)/          Signature of Counsel for Defendant(s)/
Pro Se Litigant                           Pro Se Litigant


 Thomas J. Bellinder
_____          _____
Printed Name of Counsel/Pro Litigant      Printed Name of Counsel/Pro Litigant
Florida Bar No.: 65254                    Florida Bar No.: If Applicable
Email Address                             Email Address
thomas@bellinderlawfirm.com

## ORDER APPROVING AGREED CASE MANAGEMENT PLAN

THIS CAUSE having come before the Court upon the parties stipulation setting the trial period for this matter, and acknowledging the Court's deadlines and cutoff dates; or on the parties failure to timely comply with Order AOSC20-23 of the Florida Supreme Court, and AO 23-10, 2nd Amended of the Eighteenth Judicial Circuit, it is hereby:

**ORDERED** that the preceding trial period, pretrial conference date, deadlines and cutoff dates are applicable to this action, and that same will be strictly applied by the Court:

1.      **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN/ORDER:** The parties shall strictly comply with the terms of this Case Management Plan/Order unless otherwise ordered by the Court. FAILURE TO COMPLY WITH ALL REQUIREMENTS OF THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.

2.      **ADDITIONAL EIGHTEENTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the following: (i) **Amended Administrative Order Establishing the Eighteenth Judicial Circuit Courtroom Decorum Policy (AO 09-06)**; and (ii) **any division-specific guidelines and policies that may be applicable**.

3.     **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation and Court order in accordance with applicable law.

4.     **MOTIONS OR NOTICES FOR TRIAL:** Parties may file a Motion or Notice for Trial if they are ready for trial more than 120 days prior to the above-projected trial date. The Plaintiff shall confer with opposing counsel/party regarding the anticipated length of the trial and file a Motion or Notice for Trial. The Plaintiff shall forward a copy of the Motion or Notice for Trial to the Case Manager at the email address noted on the Eighteenth Judicial Circuit website.

5.     **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with each Division's Policies and Procedures, the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without court intervention whenever possible.

6.     **SERVICE OF THIS ORDER:** Counsel is ordered to promptly serve and file proof with the Clerk, no more than five (5) business days from the date of this Order that all *pro se* parties, subsequently named or appearing herein, have been served copies of this Order. In the event a party is unrepresented and has not designated an email address for purposes of electronic service, counsel for Plaintiff shall be responsible for serving this Order and all future orders of the Court via a non-electronic means (U.S. mail, Federal Express or the equivalent) and shall file a Certificate of Service with the Court indicating who was served, the date of service, and the method of service (including any address or email used) within three (3) business days. If Plaintiff is unrepresented, Counsel for the Defendant shall have this same obligation. If all parties are unrepresented, the Plaintiff shall provide stamped addressed envelopes to the Court with submission of this and any other proposed Order.

    **DONE AND ORDERED** this _____ day of _____, _____, in Brevard County, Florida.

_____
CIRCUIT JUDGE

*__A true and correct copy of the foregoing was distributed to all parties by filing and service via the eportal to all attorney(s)/interested parties identified on the eportal Electronic Service List.__*

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in your county at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

| Deadline for fact witnesses and exhibit disclosure from all parties | _____ days before the projected trial date |
|---|---|
| Deadline for Disclosure of Plaintiff's expert witnesses | _____ days before the projected trial date |
| Deadline for Disclosure of Defendant's expert witnesses | _____ days before the projected trial date |
| Deadline for the completion of all fact AND expert discovery, including all Motions to Compel being FILED and HEARD | _____ days before the projected trial date |
| Deadline for all objections to the pleadings and all pre-trial motions FILED and HEARD | _____ days before the projected trial date |
| Deadline for all dispositive motions (including Daubert Motions) FILED and HEARD | _____ days before the projected trial date |
| Deadline for mediation | _____ days before the projected trial date |

**We hereby certify that all parties have met and conferred regarding all proposed deadlines in the Case Management Plan and certify that all deadlines have been agreed to by the parties.**

_____
Signature of Counsel: Plaintiff(s)/
Pro Se Litigant

_____
Signature of Counsel: Defendant(s)/
Pro Se Litigant

_____
Printed name of Counsel/Pro Se Litigant
Florida Bar Number:
Email address

_____
Printed name of Counsel/Pro Se Litigant
Florida Bar Number:
Email Address

## ORDER APPROVING CASE MANAGEMENT PLAN

**ORDERED** that the preceding deadlines apply to this action and that the same will be strictly applied and enforced by the Court:

1. **COMPLIANCE WITH THIS CASE MANAGEMENT ORDER**: The parties shall strictly comply with the terms of this Case Management Plan and Order unless otherwise ordered by the Court. FAILURE TO COMPLY WITH ALL THE REQUIREMENTS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.

**FORM 1.997.       CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing  and service of pleadings or other documents as required by law. This form must be filed by the  plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant  to section 25.075, Florida Statutes. (See instructions for completion.)

IN THE COUNTY COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY,
FLORIDA

Plaintiff SHANE TIFFANY _____          Case # _____

_____          Judge _____

vs.

Defendant USAA Savings Bank, Experian Information Solutions,
Inc., and Equifax Information Services, LLC
_____

**I.      AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

| | |
|---|---|
| _____ | $8,000 or less |
| X | $ 8,001 - $30,000 |
| _____ | $30,001 - $50,000 |
| _____ | $50,001 - $75,000 |
| _____ | $75,001 - $100,000 |
| _____ | over $100,000 |

**II.      TYPE OF CASE**      (If the case fits more than one type of case, select the most  definitive category.) If the most descriptive label is a subcategory (is indented under a broader  category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence—other
  - ☐ Business governance
  - ☐ Business torts

☐ Environmental/Toxic tort
☐ Third party indemnification
☐ Construction defect
☐ Mass tort
☐ Negligent security
☐ Nursing home negligence
☐ Premises liability—commercial
☐ Premises liability—residential

☐ Products liability
☐ Real property/Mortgage foreclosure

☐ Commercial foreclosure

☐ Homestead residential foreclosure

☐ Non-homestead residential foreclosure

☐ Other real property actions

☐ Professional malpractice
☐ Malpractice—business
☐ Malpractice—medical
☐ Malpractice—other professional
☐ Other
☐ Antitrust/Trade regulation
☐ Business transactions
☐ Constitutional challenge—statute or ordinance
☐ Constitutional challenge—proposed amendment
☐ Corporate trusts
☐ Discrimination—employment or other
☐ Insurance claims
☐ Intellectual property
☐ Libel/Slander
☐ Shareholder derivative action
☐ Securities litigation
☐ Trade secrets
☐ Trust litigation

**COUNTY CIVIL**
☑ Civil
☐ Real Property/Mortgage foreclosure
☐ Evictions
☐ Residential Evictions
☐ Non-residential Evictions

☐ Other civil (non-monetary)

**III.** **REMEDIES SOUGHT** (check all that apply):

☑ Monetary;

☐ Nonmonetary declaratory or injunctive relief;

☑ Punitive

**IV.** **NUMBER OF CAUSES OF ACTION:** ☑ (1 Cause of Action)
(Specify) Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

**V.** **IS THIS CASE A CLASS ACTION LAWSUIT?**

☐ yes

☒ no

**VI.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☒ no

☐ yes If "yes," list all related cases by name, case number, and court.

**VII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**

☒ yes

☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my  knowledge and belief, and that I have read and will comply with the requirements of Florida  Rule of Judicial Administration 2.425.

Signature _/s/ Thomas J. Bellinder_              Fla. Bar # 65254

Attorney or party

Thomas J. Bellinder, Esq.                          March 19, 2024

(type or print name)                                   Date

IN THE COUNTY COURT OF THE 18TH
JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO:   05-2024-CC-020527-XXCC-BC

SHANE TIFFANY,
                 Plaintiff,
v.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,
                 Defendants.
_____/

**<u>SUMMONS</u>**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

        YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition

in this action on defendant:   USAA Savings Bank

                 9800 Fredericksburg Rd., San Antonio, TX 78288

        Each defendant is required to serve written defenses to the complaint or petition on Thomas

Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY

10038, within 20 days after service of this summons on that defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered

against that defendant for the relief demanded in the complaint or petition.

**If you are a person with a disability who needs any accommodation in order to**

**participate in this proceeding, you are entitled, at no cost to you, to the**

**provision of certain assistance. Please contact the Court's ADA Coordinator, The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED on: _____MARCH  19, 2024_____

Clerk of the Court

By: _____ As
Deputy Clerk

EN EL  TRIBUNAL DEL CONDADO DEL
18 ºCIRCUITO JUDICIAL, EN Y PARA
EL CONDADO DE BREVARD, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO:

SHANE TIFFANY,

            Demandante,

en.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,

            Acusados.

_____/

## **CITACIÓN**

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al

demandado:   USAA Savings Bank

        9800 Fredericksburg Rd., San Antonio, TX 78288

Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a

Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor,

New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese

demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el

secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____          Por:_____

                            Como Secretario Adjunto

DEVANT LA COUR DE COMTÉ DU
18ECIRCUIT JUDICIAIRE, DANS ET
POUR  LE COMTÉ DE BREVARD,
FLORIDE

COMPÉTENCE GÉNÉRALE DIV.

N° DE CAS :

SHANE TIFFANY,
              Plaignant
dans.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,
              Défendeurs.
_____/

## **CONVOCATION**

L'ÉTAT DE FLORIDE :

À chaque shérif de l'État :

      IL VOUS EST ORDONNÉ de signifier cette assignation et une copie de la plainte ou de la pétition dans cette action au défendeur:    USAA Savings Bank

                            9800 Fredericksburg Rd., San Antonio, TX 78288

      Chaque défendeur est tenu de signifier des défenses écrites à la plainte ou à la requête à Thomas J. Bellinder, l'avocat du demandeur, dont l'adresse est 180 Maiden Lane, 27th Floor, New York, NY 10038, dans les 20 jours suivant la signification de cette assignation à ce défendeur, à l'exclusion du jour de la signification, et de déposer l'original des défenses auprès du greffier de cette cour soit avant la signification à l'avocat du demandeur, soit immédiatement après. Si un défendeur ne le fait pas, un défaut sera inscrit contre ce défendeur pour la réparation demandée dans la plainte ou la requête.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Brevard County Courthouse, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, nan 7 jou anvan dat ou gen randevou pou parèt nan tribunal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**

DATE LE : ___                Par:_____

                             À titre de sous-greffier

IN THE COUNTY COURT OF THE 18TH
JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO:   05-2024-CC-020527-XXCC-BC

SHANE TIFFANY,
                Plaintiff,

v.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,
                Defendants.

_____/

### **SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition

in this action on defendant:   Equifax Information Services, LLC

                1550 Peachtree St., NW, Atlanta, GA 30309

      Each defendant is required to serve written defenses to the complaint or petition on Thomas

Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY

10038, within 20 days after service of this summons on that defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered

against that defendant for the relief demanded in the complaint or petition.

**If you are a person with a disability who needs any accommodation in order to**

**participate in this proceeding, you are entitled, at no cost to you, to the**

**provision of certain assistance. Please contact the Court's ADA Coordinator,
The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL
32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court
appearance, or immediately upon receiving this notification if the time before
the scheduled appearance is less than 7 days; if you are hearing or voice
impaired, call 711.**

DATED on:  <u>MARCH 19, 2024</u>

Clerk of the Court

By: _____ As
Deputy Clerk

EN EL TRIBUNAL DEL CONDADO DEL
18 ºCIRCUITO JUDICIAL, EN Y PARA
EL CONDADO DE BREVARD, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO:

SHANE TIFFANY,

      Demandante,

 en.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,

      Acusados.

_____/

## <u>CITACIÓN</u>

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

    SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al

demandado:   Equifax Information Services, LLC

      1550 Peachtree St., NW, Atlanta, GA 30309

    Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a

Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor,

New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese

demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el

secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____          Por:_____

                                    Como Secretario Adjunto

DEVANT LA COUR DE COMTÉ DU 18ECIRCUIT JUDICIAIRE, DANS ET POUR  LE COMTÉ DE BREVARD, FLORIDE

COMPÉTENCE GÉNÉRALE DIV.

N° DE CAS :

SHANE TIFFANY,
                    Plaignant
dans.

USAA SAVINGS BANK, EQUIFAX INFORMATION SERVICES, LLC, AND EXPERIAN INFORMATION SOLUTIONS INC.,
                    Défendeurs.
_____/

## **CONVOCATION**

L'ÉTAT DE FLORIDE :

À chaque shérif de l'État :

IL VOUS EST ORDONNÉ de signifier cette assignation et une copie de la plainte ou de la pétition dans cette action au défendeur:     Equifax Information Services, LLC

1550 Peachtree St., NW, Atlanta, GA 30309

Chaque défendeur est tenu de signifier des défenses écrites à la plainte ou à la requête à Thomas J. Bellinder, l'avocat du demandeur, dont l'adresse est 180 Maiden Lane, 27th Floor, New York, NY 10038, dans les 20 jours suivant la signification de cette assignation à ce défendeur, à l'exclusion du jour de la signification, et de déposer l'original des défenses auprès du greffier de cette cour soit avant la signification à l'avocat du demandeur, soit immédiatement après. Si un défendeur ne le fait pas, un défaut sera inscrit contre ce défendeur pour la réparation demandée dans la plainte ou la requête.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Brevard County Courthouse, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, nan 7 jou anvan dat ou gen randevou pou parèt nan tribunal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**

DATE LE : ___          Par:_____

                                À titre de sous-greffier

IN THE COUNTY COURT OF THE 18TH
JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO:   05-2024-CC-020527-XXCC-BC

SHANE TIFFANY,
                Plaintiff,

v.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,
                Defendants.
_____/

## **SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

       YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition

in this action on defendant:   Experian Information Solutions, Inc.

                 475 Anton Blvd. Costa Mesa, CA 92626

       Each defendant is required to serve written defenses to the complaint or petition on Thomas

Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY

10038, within 20 days after service of this summons on that defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered

against that defendant for the relief demanded in the complaint or petition.

**If you are a person with a disability who needs any accommodation in order to**

**participate in this proceeding, you are entitled, at no cost to you, to the**

**provision of certain assistance. Please contact the Court's ADA Coordinator, The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED on: <u>  MARCH  19, 2024  </u>

Clerk of the Court

By: _____ As

Deputy Clerk

EN EL  TRIBUNAL DEL CONDADO DEL
18 ºCIRCUITO JUDICIAL, EN Y PARA
EL CONDADO DE BREVARD, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO:

SHANE TIFFANY,

          Demandante,

 en.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,

        Acusados.

_____/

## CITACIÓN

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al demandado:   Experian Information Solutions, Inc.

       475 Anton Blvd. Costa Mesa, CA 92626

Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor, New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____          Por:_____

                                    Como Secretario Adjunto

DEVANT LA COUR DE COMTÉ DU
18ECIRCUIT JUDICIAIRE, DANS ET
POUR  LE COMTÉ DE BREVARD,
FLORIDE

COMPÉTENCE GÉNÉRALE DIV.

N° DE CAS :

SHANE TIFFANY,

        Plaignant

dans.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS INC.,

        Défendeurs.

_____/

## **CONVOCATION**

L'ÉTAT DE FLORIDE :

À chaque shérif de l'État :

      IL VOUS EST ORDONNÉ de signifier cette assignation et une copie de la plainte ou de la pétition dans cette action au défendeur:    Experian Information Solutions, Inc.

                      475 Anton Blvd. Costa Mesa, CA 92626

      Chaque défendeur est tenu de signifier des défenses écrites à la plainte ou à la requête à Thomas J. Bellinder, l'avocat du demandeur, dont l'adresse est 180 Maiden Lane, 27th Floor, New York, NY 10038, dans les 20 jours suivant la signification de cette assignation à ce défendeur, à l'exclusion du jour de la signification, et de déposer l'original des défenses auprès du greffier de cette cour soit avant la signification à l'avocat du demandeur, soit immédiatement après. Si un défendeur ne le fait pas, un défaut sera inscrit contre ce défendeur pour la réparation demandée dans la plainte ou la requête.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Brevard County Courthouse, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, nan 7 jou anvan dat ou gen randevou pou parèt nan tribunal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**

DATE LE : ___        Par:_____

                     À titre de sous-greffier

IN THE COUNTY COURT OF THE
18TH JUDICIAL CIRCUIT, IN AND
FOR BREVARD COUNTY,
FLORIDA

GEN. JURISDICTION DIV.

CASE NO: 05-2024-CC-020527-
XXCC-BC

SHANE TIFFANY,
           Plaintiff,

v.

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES, LLC AND
EXPERIAN INFORMATION SOLUTIONS
INC.,

         Defendants.
_____/

## AMENDED COMPLAINT

Plaintiff, Shane Tiffany (hereinafter "Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants USAA Savings Bank ("USAA Savings"), Experian Information Solutions, Inc., ("Experian") and Equifax Information Services, LLC ("Equifax") alleges as follows:

## INTRODUCTION

1. This is an action for damages which exceed the sum of Eight Thousand One Dollars ($8,001.00) brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers of credit information from falsely and inaccurately reporting consumers' credit information to credit reporting agencies.

## PARTIES

2. Plaintiff, Shane Tiffany, is an adult citizen of Florida.

3.  Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4.  Defendant USAA Savings was and is at all relevant times herein, a business entity organized and existing under and by virtue of the National Banking Laws of the United States and does business throughout the country and in the State of Florida. USAA Savings is a "furnisher" of consumer credit information as that term is used in Section 1681s-2 of the FCRA.

5.  Defendant Experian is a corporation that engages in the business of maintain and reporting consumer credit information. Experian is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

6.  Experian is qualified to do business in the State of Florida and regularly conducts business in Brevard County, Florida. Experian is one of the largest CRA's in the world.

7.  Defendant Equifax is a limited liability company that engages in the business of maintain and reporting consumer credit information. Equifax is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

8.  Equifax is qualified to do business in the State of Florida and regularly conducts business in Brevard County, Florida. Equifax is one of the largest CRA's in the world.

### JURISDICTION AND VENUE

9.  This Honorable Court has jurisdiction and venue over the parties and this cause of action.  This civil action arises out of the acts or omissions of the Defendants committed in whole or in part in Brevard County in the State of Florida against individuals doing business in Brevard County, Florida.

10. This Court has personal jurisdiction over all the Defendants in the instant suit who reside or may be found in the State of Florida, or who are doing business in the State of Florida.  Additionally, the allegations which caused or contributed to the subject incident occurred within the confines of Brevard County, Florida.

11. Venue is properly established before this Court pursuant to § 47.011, Fla. Stat. (2005), because the present action has been instituted in the county where the defendant resides, where the cause of action accrued, or where the property in litigation is located.

## FACTUAL ALLEGATIONS

12. Defendant USAA Savings issued a credit account ending in ███ to Plaintiff. The account was routinely reported on Plaintiff's consumer credit reports.

13. The consumer reports at issue are a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

14. On or about June 10, 2019, Plaintiff and Radius Global Solutions, LLC, on behalf of USAA Savings entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached hereto as Exhibit A.

3

15. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $7,880.90 to settle and close his USAA Savings credit account.

16. Plaintiff, via his debt settlement representative timely made the requisite settlement payments. A paid in full letter is attached hereto as <u>Exhibit B</u>.

17. However, over three and a half years later, Plaintiff's USAA Savings account continued to be negatively reported.

18. In particular, on a requested credit report dated December 28, 2023, Plaintiff's USAA Savings account was reported with a status of "Charge Off," a balance of $9,632.00 and a past due balance of $9,632.00. The relevant portion of Plaintiff's credit report is attached hereto as <u>Exhibit C.</u>

19. This tradeline was inaccurately reported. As evidenced by the settlement agreement and proofs of payments, the account was settled for less than full balance and must be reported as settled with a balance of $0.00.

20. On or about January 16, 2024, Plaintiff, via his attorney at the time, notified Experian and Equifax directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's USAA Savings account. A redacted copy of this letter and the certified mail receipts are attached hereto as <u>Exhibit D</u>.

21. Therefore, Plaintiff disputed the accuracy of the derogatory information reported by USAA Savings to Experian and Equifax via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

22. In February of 2024 Plaintiff requested updated credit reports for review. The tradeline for Plaintiff's USAA Savings account remained inaccurate, as

Defendants failed to correct the inaccuracy. The relevant portion of the February 2024 credit report is attached hereto as Exhibit D.

23. Experian and Equifax did not notify USAA Savings of the dispute by Plaintiff in accordance with the FCRA, or alternatively, did notify USAA Savings, and USAA Savings failed to properly investigate and delete the tradeline or properly update the tradeline on Plaintiff's credit reports.

24. If USAA Savings had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's USAA Savings account would have been updated to reflect a "settled" status with a balance of $0.00.

25. Despite the fact that USAA Savings has promised through its subscriber agreements or contracts to accurately update accounts, USAA Savings has nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement as well as the requirements set forth under the FCRA, which has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

26. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit reports, concerning the account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began with Experian and Equifax.

27. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of their

employment, and under the direct supervision and control of the Defendants herein.

28. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## **CLAIM FOR RELIEF**

29. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

30. Experian and Equifax are "consumer reporting agencies," as codified at 15 U.S.C. § 1681a(f).

31. USAA Savings is an entity who, regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

32. USAA Savings is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

33. Plaintiff notified Defendants directly of a dispute on the account's completeness and/or accuracy, as reported.

34. USAA Savings failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the credit bureau within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

35. USAA Savings failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

36. Experian and Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes.

37. Experian and Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the account in question, violating 15 U.S.C. § 1681e(b).

38. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, rejection of credit card application, higher interest rates on loan offers that would otherwise be affordable and other damages that may be ascertained at a later date.

39. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorney's fees and costs.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

3. That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o; and

7

4. That the Court grant such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to FL. R. Civ. P. 1.430, Plaintiff demands trial by jury in this action of all issues so triable.

Dated: April 17, 2024

Respectfully Submitted,

**Law Office of Robert S. Gitmeid & Associates, PLLC**

Thomas Bellinder, Esq. (Florida Bar No. 65254)
180 Maiden Lane, 27th Floor
New York, NY 10038
Tel: (212) 226-5081
Email: Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff Shane Tiffany*

8

# EXHIBIT A



**RADIUS GLOBAL SOLUTIONS, LLC**
Physical Address
7831 Glenroy Road, Suite 250
Edina, MN 55439

Correspondence/Payment Address
PO Box 390846
Minneapolis, MN 55439
1-888-287-5711

General Business Hours M-F  8 a.m. – 5 p.m CT

JUN 10 2019



Radius Reference #: F28198804
Original Account#**********
Creditor: USAA Savings Bank

Balance:$17513.12 Settlement: $7880.90

RE: SHANE TIFFANY

Dear NDR ,

Our office has received notification of your representation of SHANE TIFFANY.
Accordingly, all communications regarding this account will be directed to your
attention unless we determine that you no longer represent SHANE TIFFANY.

This letter confirms the settlement amount on the above referenced account. The
completion of the scheduled payment or payments below will constitute payment of the
settlement.
11 payments of $25.00 on the last day of each month starting 6/30/19
1 payment of $7605.90 due by 5/31/20
The payment or payments must be received by the due date(s) listed above. If your client
skips a payment or is late on a payment, we reserve the right to treat their breach of
this agreement as a cancellation of the settlement arrangement and we are not obligated
to renew the settlement agreement. Upon full completion of the payment schedule, we will
issue your client a settlement letter stating the account is satisfied and has been closed
in our office.
Please contact the representative below with any questions.

Sincerely,

BEN SMABY

---

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is sent to you by Radius Global Solutions LLC, a debt collector and a
member of ACA International

# EXHIBIT B

P.O. Box 390846
Minneapolis, MN 55439
Mail Code USAA



Radius Reference Number: 005-F28198804
Balance: $0.00
RE: Shane Tiffany



Radius Global Solutions
P.O. Box 390846
Minneapolis, MN  55439

Customer Service: 866-648-4511

June 04, 2020
Radius Reference Number: 005-F28198804
Account #: ************
RE: Shane Tiffany

OFFICE HOURS:  MON - FRI: 8AM - 5PM CENTRAL TIME
Creditor: USAA Savings Bank

Dear Ndr,

This letter is to inform you that the account with the above reference creditor has been resolved. Please retain this copy for your client's permanent records.

**The herein release is contingent on the clearance of any non-certified funds and no charge backs on any debit/credit card payments made. If funds do not clear or there are charge backs, this release will be null and void.***

Thank you,

Radius Global Solutions

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.
This communication is sent to you by Radius Global Solutions LLC, a debt collector.
Calls to or from this company may be monitored or recorded.
Our physical address is: 7831 Glenroy Rd. Suite 250 Minneapolis, MN 55439.



# EXHIBIT C

## Credit report



Provided by EQUIFAX

Report date: Dec 28, 2023

### Personal info

| Reported names | Shane A Tiffany | Addresses | Date reported |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |



### Account summary



### Accounts

USAA SAVINGS BANK                                              $9,632.00
Reported: Dec 22, 2023                                             Closed

### Overview

You're currently using 58% of your account's limit.

Balance: $9,632.00                    Credit limit: $16,500.00

### Account details

Account Number                                              ****694

Account Status                                           Charge Off

Amount Past Due                                          $9,632.00

# EXHIBIT D



## LAW OFFICES OF
## ROBERT S. GITMEID & ASSOC., PLLC

January 16, 2024

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions          Equifax Information Services, LLC
P.O. Box 2000                          P.O. Box 740256
Chester, PA 19016                      Atlanta, GA 30374-0256

Experian
P.O. Box 4500
Allen, TX 75013

          Re:        Shane Tiffany
          Creditor:  USAA Savings Bank
          Account No.: Ending in 1694



Dear Sir and/or Madam,

          Please be advised that the office was retained to represent Shane Tiffany with respect to his claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

          On or about June 10, 2019, Mr. Tiffany, and Radius Global Solutions, LLC, on behalf of USAA Savings Bank ("USAA") entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Tiffany was required to make monthly payments totaling $7,880.90 to settle and close his USAA account. Mr. Tiffany, via his debt settlement representative, timely made the requisite settlement payments. A paid in full letter is attached herein for your review.

          However, over three and a half years later, Mr. Tiffany's account continues to be negatively reported. In particular, on a requested credit report dated December 28, 2023, Mr. Tiffany's account was reported with a status of "Charge Off", a balance of $9,632.00, and a past due balance of $9,632.00. The relevant portion of Mr. Tiffany's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

          Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

          Thank you for your prompt attention to the important matter.

                                        Very truly yours,

                                        Allayah Chirinos
                                        Paralegal
                                        Law Offices of Robert S. Gitmeid
                                        & Associates, PLLC.
                                        Allayah.c@gitmeidlaw.com
                                        (866) 249 1137

     Tel (866) 249-1137     30 Wall Street, 8th Floor #741, New York, NY 10005     Fax (877) 366-4747
                                   www.GitmeidLaw.com



**RADIUS GLOBAL SOLUTIONS, LLC**
Physical Address
7831 Glenroy Road, Suite 250
Edina, MN 55439

Correspondence/Payment Address
PO Box 390846
Minneapolis, MN 55439
1-888-287-5711

General Business Hours M-F 8 a.m. – 5 p.m CT

JUN 10 2019



Radius Reference #: F28198804
Original Account#**************
Creditor: USAA Savings Bank

Balance:$17513.12 Settlement: $7880.90

RE: SHANE TIFFANY

Dear NDR ,

Our office has received notification of your representation of SHANE TIFFANY.
Accordingly, all communications regarding this account will be directed to your
attention unless we determine that you no longer represent SHANE TIFFANY.

This letter confirms the settlement amount on the above referenced account. The
completion of the scheduled payment or payments below will constitute payment of the
settlement.
11 payments of $25.00 on the last day of each month starting 6/30/19
1 payment of $7605.90 due by 5/31/20
The payment or payments must be received by the due date(s) listed above. If your client
skips a payment or is late on a payment, we reserve the right to treat their breach of
this agreement as a cancellation of the settlement arrangement and we are not obligated
to renew the settlement agreement. Upon full completion of the payment schedule, we will
issue your client a settlement letter stating the account is satisfied and has been closed
in our office.
Please contact the representative below with any questions.

Sincerely,

BEN SMABY

---

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is sent to you by Radius Global Solutions LLC, a debt collector and a
member of ACA international

P.O. Box 390846
Minneapolis, MN 55439
Mail Code USAA

 radius Global Solutions LLC

Radius Reference Number: 005-F28198804
Balance: $0.00
RE: Shane Tiffany



Radius Global Solutions
P.O. Box 390846
Minneapolis, MN  55439

Customer Service: 866-648-4511

June 04, 2020
Radius Reference Number: 005-F28198804
Account #: ***********
RE: Shane Tiffany

OFFICE HOURS:  MON - FRI: 8AM - 5PM CENTRAL TIME
Creditor: USAA Savings Bank

Dear Ndr,

This letter is to inform you that the account with the above reference creditor has been resolved. Please retain this copy for your client's permanent records.

**The herein release is contingent on the clearance of any non-certified funds and no charge backs on any debit/credit card payments made. If funds do not clear or there are charge backs, this release will be null and void.***

Thank you,

Radius Global Solutions

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.
This communication is sent to you by Radius Global Solutions LLC, a debt collector.
Calls to or from this company may be monitored or recorded.
Our physical address is: 7831 Glenroy Rd. Suite 250 Minneapolis, MN 55439.



## Credit report



Provided by

Report date: Dec 28, 2023

### Personal info

| Reported names | Shane A Tiffany | Addresses | Date reported |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |

### Account summary

### Accounts

USAA SAVINGS BANK
Reported: Dec 22, 2023

$9,632.00
Closed

**Overview**

You're currently using 58% of your account's limit.

Balance: $9,632.00                    Credit limit: $16,500.00

**Account details**

Account Number                    ●●●●●●●●●694

Account Status                    Charge Off

Amount Past Due                    $9,632.00

# EXHIBITE

S TIFFANY VS USAA SAVINGS BANK                          05-2024-CC-020527-XXCC-BC

# Credit report

TransUnion   Equifax   Experian   All bureaus



| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| VantageScore 3.0 | | | |
| Report date | Feb 26, 2024 | Feb 26, 2024 | Feb 26, 2024 |

## Personal info



| Reported names | Shane A Tiffany | Shane A Tiffany<br>Shane Tiffany Shane Tiffany | Shane A Tiffany<br>Shane Tiffany Shane<br>Tiffany Shane |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary

| | | | |
|---|---|---|---|
| **Feb 20, 2024** | **$9,632.00** | **Feb 20, 2024** | **$9,632.00** |
| | USAA SAVINGS BANK | | USAA SAVINGS BANK |

**Account details**

| | | | |
|---|---|---|---|
| Account Number | 427082XXXXXXXXXX | Account Number | 427082XX |
| Date Opened | May 18, 2005 | Date Opened | May 18, 2005 |
| Last Activity | Jan 1, 2024 | Last Activity | Mar 1, 2019 |
| Original Creditor | | Original Creditor | |
| Monthly Payment | $0.00 | Monthly Payment | $0.00 |
| Term Source Type | | Term Source Type | |
| Current Rating | Collection/Charge-off | Current Rating | Collection/Charge-off |
| Status | Charge Off | Status | Charge Off |
| Type | Individual | Type | Individual |
| High Balance | | High Balance | |
| Unpaid Balance | $9,632.00 | Unpaid Balance | $9,632.00 |
| Highest Adverse Rating | Collection/Charge-off | Highest Adverse Rating | Collection/Charge-off |
| Most Recent Adverse Rating | No Data Available | Most Recent Adverse Rating | Collection/Charge-off |
| Comments | Charged Off Account | Comments | Unpaid Balance Reported As A Loss By Credit Grantor, Account Closed At Credit Grantor's Request |

**Account details**

You've Made 0% Of Payments For This Account On Time.

**Account details**

You've Made 77% Of Payments For This Account On Time.

**S TIFFANY VS USAA SAVINGS BANK**
USAA SAVINGS BANK