# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. _____

SHANE TIFFANY,

    Plaintiff,

v.

USAA SAVINGS BANK,
EQUIFAX INFORMATION
SERVICES LLC and EXPERIAN
INFORMATION SOLUTIONS, INC.

    Defendants.
_____/

**DEFENDANT USAA SAVINGS BANK'S**
**NOTICE OF CONSENT TO REMOVAL**

Without waiving any of its defenses or other rights, Defendant USAA Savings Bank hereby gives notice of its consent to the removal of this action from the County Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, to the United States District Court for the Middle of District of Florida.

DATED: May 9, 2024  Respectfully submitted,

By: /s/ Ryan C. Reinert
Ryan C. Reinert
Shutts & Bowen, LLP
4301 W Boy Scout Blvd Ste 300
Tampa, FL 33607-5716
813/229-8900
Fax: 813/229-8901
Email: rreinert@shutts.com

*Counsel for USAA Savings Bank*