# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO. _____

SHANE TIFFANY,

    Plaintiff,

v.

USAA SAVINGS BANK,
EQUIFAX INFORMATION
SERVICES LLC and EXPERIAN
INFORMATION SOLUTIONS, INC.

    Defendants.
_____/

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## NOTICE OF CONSENT TO REMOVAL

Without waiving any of its defenses or other rights, Defendant Experian Information Solutions, Inc. hereby gives notice of its consent to the removal of this action from the County Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, to the United States District Court for the Middle of District of Florida.

- 2 -

DATED: May 10, 2024        Respectfully submitted,

By: /s/ *Maria H. Ruiz*
Maria H. Ruiz
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (786) 587-1044
mruiz@kasowitz.com

*Counsel for Experian Information Solutions, Inc.*