UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHANE TIFFANY,**

   *Plaintiff,*

v.                                                          Case No.:   6:24-cv-901-JSS-LHP

**USAA SAVINGS BANK, et al.,**

   *Defendant.*

_____/

**JOINT MOTION TO SCHEDULE CASE MANAGEMENT CONFERENCE**

      Plaintiff, Shane Tiffany, and Defendants, USAA Savings Bank and Equifax Information Services, LLC, by and through respective counsel, pursuant to the Court's Order Referring Case to U.S. Magistrate Judge for Consideration of the Inexpensive Determination, Efficient and Abbreviated Litigation (IDEAL) Program (ECF No. 4), respectfully request a Case Management Conference be scheduled before the Magistrate Judge. Plaintiff would state a settlement has been reached with Defendant Experian Information Solutions, Inc. and that dismissal documents are forthcoming. The parties further state that they have previously attended an IDEAL case management conference in other matters and are familiar with the program.  In lieu of holding an IDEAL Case Management Conference, should the Court find it appropriate, the parties agree to confer about consenting to the program and file either a notice of consent or a standard case management report by June 24, 2024.  Given the IDEAL program's purpose of providing the parties with "efficient, . . . cost-effective litigation," if the Court finds that a Case

Management Conference is appropriate, the parties respectfully request that the it be held via video- or tele-conference.

WHEREFORE, the Parties respectfully request that this Court either schedule a Case Management Conference via telephone or video conference or set a deadline for the parties file a consent to the IDEAL program or standard case management report.

Respectfully submitted on May 20, 2024, by:

*/s/ Thomas J. Bellinder*
Thomas J. Bellinder, Esq.
Florida Bar No. 65254
Law Offices of Robert S. Gitmeid
& Assoc., PLLC
180 Maiden Lane, 27th Floor
New York, NY 10038
thomas.b@gitmeidlaw.com
(212) 226-5081
Counsel for Plaintiff

*/s/ Bridget Misty Dennis*
Bridget Misty Dennis
Ryan C. Reinert
Shutts & Bowen, LLP
4301 W Boy Scout Blvd
Ste 300
Tampa, FL 33607-5716
813/229-8900
Fax: 813/229-8901
Email: rreinert@shutts.com
Counsel for Defendant USAA

*/s/ Jason D. Joffee*
Jason Daniel Joffe
Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard
Suite 3400

Miami, FL 33131
305-577-7000
Fax: 305-577-7001
Email: jason.joffe@squirepb.com
Counsel for Equifax