# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHANE TIFFANY,

    Plaintiff,

v.                                                 Case No:   6:24-cv-901-JSS-LHP

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES LLC and
EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **JOINT MOTION TO SCHEDULE CASE MANAGEMENT CONFERENCE (Doc. No. 10)**
>
> **FILED:**     May 20, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

Upon consideration of the purpose of the IDEAL program[1] to promote efficient litigation (Doc. No. 4), as well as the parties' representations in the Joint Motion (Doc. No. 10), the Joint Motion will be **GRANTED in part**. In lieu of holding a Case Management Conference, it is **ORDERED** that, within **fourteen (14) days** of the date of this Order, the parties shall conduct a conferral about the IDEAL program and either: (1) file the Stipulated Consent to the IDEAL Program and Magistrate Judge Authority, or (2) submit their standard Case Management Report. *See* Doc. No. 4, at 2 ¶ 4; *see also id.* at 7.

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Formally known as the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program.