**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHANE TIFFANY,**

    *Plaintiff,*

                                      Case No.:    6:24-cv-901-JSS-LHP

v.

**USAA SAVINGS BANK, et al.,**

    *Defendant.*

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Shane Tiffany, pursuant to the Federal Rules of Civil Procedure, the Plaintiff, through its attorneys, hereby stipulates to a dismissal with prejudice of all Plaintiff's claims against Defendant Experian Information Solutions, Inc., in the above-styled lawsuit, with each party to bear its own costs and attorneys' fees.

Respectfully submitted on June 4, 2024, by:

*/s/ Thomas J. Bellinder*
Thomas J. Bellinder, Esq.
Florida Bar No. 65254
Law Offices of Robert S. Gitmeid
& Assoc., PLLC
180 Maiden Lane, 27th Floor
New York, NY 10038
thomas.b@gitmeidlaw.com
(212) 226-5081
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Thomas J. Bellinder, hereby certify that a true and correct copy of the foregoing has been filed with the clerk of court via the ECF system which should provide a copy to counsel of record for all parties who have appeared in this matter via electronic means.

BY: ___ /s/ Thomas J. Bellinder, Esq. _____