UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHANE TIFFANY,

    Plaintiff,

v.                               Case No: 6:24-cv-901-JSS-LHP

USAA SAVINGS BANK, EQUIFAX
INFORMATION SERVICES LLC and
EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.
_____/

## ORDER

Plaintiff filed a stipulation of dismissal with prejudice as to Defendant Experian Information Solutions, Inc. (Dkt. 18.) Upon consideration, this action is dismissed with prejudice as to Defendant Experian Information Solutions, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk is directed to terminate Experian Information Solutions, Inc. as a party to this matter.

**ORDERED** in Orlando, Florida, on June 4, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record