**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SHANE TIFFANY, <br><br> Plaintiff, <br><br> – against– <br><br> USAA SAVINGS BANK, AND EQUIFAX INFORMATION SERVICES, LLC., <br><br> Defendants. | **Civ. No.** 6:24-cv-00901-JSS-LHP <br><br><br> **NOTICE OF SETTLEMENT AS TO USAA SAVINGS BANK** |

Plaintiff, Shane Tiffany ("Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant, USAA Savings Bank ("USAA") have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Notice of Voluntary Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Defendant USAA be excused all future appearances and deadlines until this matter is dismissed.

Dated:  June 10, 2024

Respectfully submitted,

Thomas Bellinder, Esq. (FL Bar No. 65254)
Law Offices of Robert S. Gitmeid & Assoc., PLLC
180 Maiden Lane, 27th Floor, New York, NY 10038
Tel: (212) 226-5081
Email: Thomas.B@gitmeidlaw.com

*Counsel for Plaintiff Shane Tiffany*

## CERTIFICATE OF SERVICE

I, Thomas J. Bellinder, hereby certify that a true and correct copy of the foregoing has been filed with the clerk of court via the ECF system which should provide a copy to counsel of record for all parties who have appeared in this matter via electronic means.

BY: __ /s/ Thomas J. Bellinder, Esq. _____