UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHANE TIFFANY,

      Plaintiff,

v.                                 Case No: 6:24-cv-901-JSS-LHP

USAA SAVINGS BANK and
EQUIFAX INFORMATION
SERVICES LLC,

      Defendants.

_____/

## ORDER

Plaintiff filed a notice of settlement as to Defendant USAA Savings Bank advising the court that this action has been settled as to USAA Savings Bank only. (Dkt. 23.)  Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice as to USAA Savings Bank and subject to the right of the parties, within 60 days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown.  After that 60-day period, however, dismissal shall be with prejudice.  The Clerk is **DIRECTED** to terminate USAA Savings Bank as a Defendant in this matter.

**ORDERED** in Orlando, Florida on June 11, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record