**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHANE TIFFANY,

                Plaintiff,

  – against–

EQUIFAX INFORMATION SERVICES,
LLC.,

                Defendant.

**Civ. No.** 6:24-cv-00901-JSS-LHP

**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff, Shane Tiffany ("Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant, Equifax Information Services, LLC ("Equifax") have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Stipulation of Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Defendant Equifax be excused all future appearances and deadlines until this matter is dismissed.

Dated:  July 8, 2024

                            Respectfully submitted,

                            Thomas Bellinder, Esq. (FL Bar No. 65254)
                       Law Offices of Robert S. Gitmeid & Assoc., PLLC
              180 Maiden Lane, 27th Floor, New York, NY 10038
                                Tel: (212) 226-5081
                        Email: Thomas.B@gitmeidlaw.com