UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHANE TIFFANY,

    Plaintiff,

v.                                              Case No: 6:24-cv-901-JSS-LHP

EQUIFAX INFORMATION
SERVICES LLC,

    Defendant.
_____/

### ORDER

    Defendant Equifax Information Services LLC filed a Notice of Settlement indicating that the parties have reached an agreement in principle to settle this matter. (Dkt. 33.) Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within 60 days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

    **ORDERED** in Orlando, Florida on July 9, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record